FILED

MAY - 1 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **1:25 CR 00204** |
| v. | ) | CASE NO.: _____ |
| | ) | Title 21, United States Code, |
| DEREK BRANTLEY, | ) | Sections 841(a)(1), (b)(1)(A), |
| JUAN JOHNNY COLON, | ) | (b)(1)(B), (b)(1)(C), 843(b), and |
| LUIS JOEL RONDON, | ) | 846; Title 18, United States |
| SYDNEY ANTHONY, | ) | Code, Sections 922(g)(1) |
| RYAN BELL, | ) | |
| MARK BYRD, | ) | |
| NICHOLAS CALVERT, | ) | |
| JOCELYN DOLAN, | ) | **JUDGE PEARSON** |
| ANTONIO GREENLEE, | ) | |
| ANDRE JENKINS, | ) | |
| MELANIE CRESPO, | ) | |
| JORDAN MARSH, | ) | |
| NICHOLAS MALUSKY, | ) | |
| SEAN MASTERS, | ) | |
| BRANDON PAYNE, | ) | |
| LEE POMALES, | ) | |
| MASON PULVINO, | ) | |
| MARTHA RIOS, | ) | |
| KALEM WATTS, | ) | |
| | ) | |
| Defendants. | ) | |

### COUNT 1
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine,
21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A))

The Grand Jury charges:

1.     From on or about October 2023, to on or about December 2024, in the Northern

District of Ohio, Eastern Division, and elsewhere, Defendants DEREK BRANTLEY, JUAN

JOHNNY COLON, LUIS JOEL RONDON, SYDNEY ANTHONY, RYAN BELL, MARK

BYRD, NICHOLAS CALVERT, JOCELYN DOLAN, ANTONIO GREENLEE, ANDRE

JENKINS, MELANIE CRESPO, JORDAN MARSH, NICHOLAS MALUSKY, SEAN

MASTERS, BRANDON PAYNE, LEE POMALES, MASON PULVINO, MARTHA RIOS,

KALEM WATTS did knowingly and intentionally combine, conspire, confederate, and agree

together and with each other and with diverse others known and unknown to the Grand Jury, to

distribute and possess with intent to distribute at least 5 kilograms or more of a mixture and

substance containing a detectable of cocaine, a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

MANNER AND MEANS OF THE CONSPIRACY

2.     It was part of the conspiracy that:

A.     It was part of the conspiracy that BRANTLEY supplied cocaine to

COLON in Cleveland, Ohio.

B.     It was further part of the conspiracy that COLON and RONDON

distributed cocaine to others, including but not limited to: ANTHONY, BELL, BYRD,

CALVERT, DOLAN, GREENLEE, JENKINS, CRESPO, MARSH, MALUSKY, MASTERS,

PAYNE, POMALES, PULVINO, RIOS and WATTS, in the Northern District of Ohio and

elsewhere, who in turn possessed, transported, and distributed narcotics for redistribution.

C.     It was further part of the conspiracy that COLON and RONDON

collected drug proceeds electronically and in paper U.S. Currency.

D.     It was further part of the conspiracy that COLON, RONDON and RIOS

and others utilized 4**4 Archwood Avenue, Cleveland, Ohio, for storing and packaging cocaine

and methamphetamine pills for re-distribution, and to store firearms and distribute cocaine.

E.      It was further part of the conspiracy that COLON, DOLAN, and others used 3**0 West 41st Street, Cleveland, Ohio, for the purpose of storing and distributing cocaine.

F.      It was further part of the conspiracy that COLON, POMALES, and others used 1**4 Clark Avenue, Cleveland, Ohio, for the purpose of storing and selling firearms and distributing cocaine.

G.      It was further part of the conspiracy that COLON, RANDON, and others stored firearms at 3**7 Woodbridge Avenue, Cleveland, Ohio.

H.      It was further part of the conspiracy that co-conspirators, including but not limited to, ANTHONY and BYRD provided drug proceeds to RONDON to collect on behalf of COLON.

I.      It was further part of the conspiracy that BELL purchased narcotics and drug pills from COLON and MARSH for distribution.

J.      It was further part of the conspiracy that PULVINO was purchasing drugs from COLON for re-distribution in North Carolina. Furthermore, PULVINO received drugs from COLON utilizing a parcel delivery system.

K.      It was further part of the conspiracy that GREENLEE facilitated drug transactions between customers and COLON.

L.      It was further part of the conspiracy that the co-conspirators used cellular telephones to make and receive telephone calls and to send and receive text or other electronic messages, to conduct their drug trafficking activity.

M.      It was further part of the conspiracy that the conspirators conducted counter-surveillance of law enforcement and shared information with each other about law

enforcement's presence. Furthermore, the conspirators utilized lookouts and electronic surveillance to detect law enforcement's presence.

       N.     It was further part of the conspiracy that the conspirators, when using cellular telephones, text messaging or other electronic communication to conduct drug trafficking activity, used slang terms, street terminology, and code words and phrases for controlled substances to obscure and disguise the true nature of their activities and the true meaning of their conversations.

<u>ACTS IN FURTHERANCE OF THE CONSPIRACY</u>

3.     In furtherance thereof, and to effect and conceal the existence of the conspiracy, the Defendants and others performed acts in the Northern District of Ohio, and elsewhere, including but not limited to the following:

4.     On March 4, 2024, at approximately 12:30 p.m., COLON and RONDON exited 3\*\*0 W 41st Street, Cleveland, Ohio.  COLON and RONDON entered COLON's Jeep, departed the residence, and drove to the BP gas station at the corner of Fulton and Denison in Cleveland, Ohio.

5.     On March 4, 2024, MASTERS drove to the BP gas station at the corner of Fulton and Denison in Cleveland, Ohio.

6.     On March 4, 2024, COLON, RONDON, and MASTERS met at a BP gas station in Cleveland, Ohio.

7.     On March 27, 2024, RONDON distributed 12.95 grams of cocaine to a person posing as a drug buyer.

8.     On April 3, 2024, RONDON distributed 13.40 grams of cocaine to a person posing as a drug buyer

9.    On April 17, 2024, RONDON distributed 26.86 grams of cocaine to a person posing as a drug buyer.

10.    On May 1, 2024, RONDON distributed 14.36 grams of cocaine to a person posing as a drug buyer.

11.    On May 8, 2024, at approximately 8:30 p.m., COLON received an incoming call from an inmate at Mansfield Correctional Institution.  COLON said, "I talked to my people's [drug suppliers] and s**t, you know, down in, from Texas or whatever whatever, duh duh duh." Inmate replied, "Ya." COLON said, "And uh, Man n***a say he was gonna sell me these m***********g cards [drug sheets] and he was gonna give me two of them b*****s for uh, for 250 [cost of drug sheets] and some gas so." Inmate replied, "250?" COLON said, "2 sheets [drug sheets]." Inmate replied, "Oh ya? Ya but see that's what I'm saying it ain't no way in here, brother." COLON said, "What's you mean?" Inmate replied, "No. Ain't no routes in here, man. Like, it's hot right now, boy." COLON said, "What's you mean? S**t. N***a, that n***a n***a gonna write you, write you, write you a letter [drug letter]." Inmate replied, "Nah, see what they do is they, they, they take all the mail and, uh, uhm they take all the mail and, uhm, copy it and then give it to, that s**t dead boy." COLON said, "Oh wow!" Inmate replied, "Ya, that s**t, they doing that s**t, like, the feds and s**t, I mean you know me though, man.  At the uhm, at the end of the day, man, you know I already, I'm, I'm good, you hear me, I'm waiting to level down, boy." Inmate replied, "Ya, that date that all that s***s f****d up right now, you know what I mean? They copying everything, man." COLON said, "Oh, so they, they just ain't no way huh?" Inmate replied, "Nuh uh." COLON said, "Damn! I just found both plugs [drug source], too, man." Inmate replied, "Ya, no, well you know, keep 'em, keep 'em on hand and s**t, make sure you got the numbers locked in cuz, when, you know what I mean, when I call I

say I'm ready, I'm ready, boy." COLON said, "Ya." Inmate replied, "Hell ya, you know what I mean?" COLON said, "My n***a's [suppliers] been blowing me up. They been blowing me up all day. They like, 'N***a it's ready to mail out.' They go, 'All you gotta do is hit my Cashapp.' They in Texas." Inmate replied, "Ya, you know my people. You know Ray and them, Ray, my cousin Ray and s**t, you know I mean, his nephew and s**t got that sewed up and s**t. I would have been made a move and s**t, It's just, It ain't shaking here." COLON said, "I was up all night putting this move together like f**k it I finally got it now." Inmate replied, "No see it would have been good before but right now no. They switched all that s**t up because they got hip to everything [prison learned of drug sheets being introduced into prison]. Hell ya. What's you doing though?" Inmate said, "If anything I'm a let you go, man, I'm a call you and s**t now I know this f****n phone number, what happened to the Google voice number?" COLON replied, "Oh no, I got a new jack [new telephone number]." Inmate said, "Oh ya?" COLON replied, "Ya. 600-6385. I got this, I got the other number too. I got this number that you called me on too, but I still got another number." Inmate said, "Oh I'm a just keep this one man. Aye, aye, send that n***a uhm, this n***a, Joel [RONDON], he just be spending money man, like it, I tell that n***a, I get a n***a give me a hundred last week and like ya, 'cuz he already spent it, you know I mean, he owed me and s**t, but I'm like f**k it, I see him struggling and s**t, so go ahead and just keep that, you know I mean, keep that hundred but." COLON replied, "He not struggling though. He not struggling." Inmate said, "Ya, he just be spending s**t, man. Then when I want him to send something, he can't send it, you know I mean, that be throwing me off." COLON replied, "Ya." Inmate said, "I ain't gonna lie he been really looking out for a n***a, you know I mean, come outside like when I call he pick up and s**t so I can't really complain, you know, n***a be getting frustrated with s**t like that, you

know what I'm talking about." COLON replied, "Ya." Inmate said, "Hey, hey do me a favor tho, send that n\*\*\*a, uhm, send that n\*\*\*a $20, man, tell that n\*\*\*a, uhm, send that to that people I told him to send it to." COLON replied, "Who? Joel [RONDON]?" Inmate said, "Ya." COLON replied, "I ain't got, my s\*\*t, s\*\*t man n\*\*\*a hold on, my Cashapp empty. I just hung up with my n\*\*\*a like twenty minutes ago, he just called me for some money. I said, 'You gotta hit me tomorrow or Thursday because my s\*\*t empty right now.'" Inmate said he was going to link up with "Bomba" in Trumbull Correctional and call COLON back tomorrow.

12.     On May 8, 2024, at approximately 10:12 p.m., COLON received an incoming call from CALVERT. COLON said, "Hello, what's up? What?" CALVERT replied, "Can I come holla at you [pick up drugs]?" COLON said, "What's you wanted [amount of drugs]?" CALVERT replied, "Uh, I'm not sure yet. I don't know yet, I'm waiting on dude to call me back [redistributing to drug customer]." COLON said, "Alright, well, call me when he is ready." CALVERT replied, "I'm ready now, but he's gonna call back in the next ten minutes. So, I'll know before I get there [COLON's]."

13.     On May 8, 2024, at approximately 10:40 p.m., COLON received an incoming text message from CALVERT, wherein CALVERT texted, "I'm like 15-20 minutes away. I need half the basketball (basketball emoji) [half an eight ball of drugs, 1.75 grams of cocaine]."

14.     On May 10, 2024, at approximately 3:46 p.m., COLON received an incoming call from BELL. COLON said, "What up with it?" BELL replied, "S\*\*t. You around?" COLON said, "Yeah." BELL replied, "Umm, I'll be by in like, I don't know, less than 15. Cool see ya in a bit."

15.     On May 10, 2024, at approximately 3:47 p.m., COLON made an outgoing call to GREENLEE. COLON said, "Yeah, you leave the house yet?" GREENLEE replied, "Who this?

. . . B***h, why you calling with no caller ID?"  COLON said, "No caller ID, I just call you with my f*****g phone."  GREENLEE replied, "Well, you blocked your caller ID, b***h."  COLON said, "No I didn't. . . .  You leaving the house right now?"  GREENLEE replied, "M***********g parking the cars, yeah, why?"  COLON said, "Oh, ok, cause I was going to tell you . . . I was going to tell you to stop by mommy's [RIOS] and grab that bag [bag of drugs] that's under my pillow."  GREENLEE replied, "Well tell mommy [RIOS] I'm gonna come get it [drugs]."

16.  On May 15, 2024, at approximately 1:45 p.m., COLON received an incoming call from GREENLEE.  GREENLEE said, "Yo, where you at turkey boy?"  COLON replied, "130th."  GREENLEE said, "Call me when you get back down here, I'm over here on 25th."  COLON replied, "Ok."  GREENLEE said, "Come pick up this little punk a** money [drug proceeds], get some, I'll give you some [booty]."  GREENLEE said, "Alright, thank you."

17.  On May 17, 2024, at approximately 4:38 p.m., COLON received an incoming call from MASTERS.  MASTERS said, "At your place?"  COLON replied, "Nahh, I will meet you at the gas station [drug meet]."  MASTERS said, "Where at the BP?"  COLON replied, "Nahh, the one across the street."  MASTERS said, "Which one?"  COLON replied, "The one across the street."  MASTERS said, "Across the street?  You talking about. Which one?"  COLON replied, "Across the street from the BP."  MASTERS said, "Oh, ok cause BP got s**t [law enforcement cameras] setup up there [laughs]."  COLON replied, "Yeah call me as soon as you get over there."  MASTERS said, "Yeah, I am right here by this street now, I am going to circle."  COLON replied, "Alright I will be there, I am on my way."

18.  On May 17, 2024, at approximately 8:24 p.m., COLON received an incoming call from PULVINO.  COLON said, "Yea-yea, nah, I've been just, I been a little tied up, I ain't even

got around to it man, I've been tied up." PULVINO replied, "You been bulls**ttin' or goddamn f***in' and are you f***in' have looked into it or what?" COLON said, "I'm not really because I've tied the f**k up." PULVINO replied, "All you gotta do have f**kin' Joe-Smo f**kin' pull up, drop it [drug parcel] off and then f**kin', um, address to Joe-Smo and then f**kin', it ain't nothin' it, it nothin' to it, you know what I mean?" COLON said, "Yea, um." PULVINO replied, "That f**kin' crackhead Daniel's down the street, drop off and f**kin' at the thing, know what I mean?" COLON said, "Oh yea-yea-yea for sure. I just gotta make sure it's gotta through you know, the best to um, go around the um, the-the thing, yea I get you. The . . ." PULVINO replied, "Do what you gotta do." COLON said, "That radar whatever the f**k it called." PULVINO replied, "Yea, just let me know, I was trying to f**kin' get it out here, you understand?" COLON said, "I wanna say, I want-I want say overnight deliveries would probably be better." PULVINO replied, "I think so too, I think so too because then won't be no f**kin' around waitin' for it wonderin' the f**k it's at type s**t." COLON said, "Right-right-right." PULVINO replied, "So yea, but just let me know f**kin 'cause that, uh, cost a little bit of money, let me know, and I'll cover the overhead." COLON said, "Alright." PULVINO replied, "Alright bro, uh, let me know when you, damn you sat on my hat. I should f**k you up. Yea, let me know what's up with that though, 'cause I'm tryin' to get active [setup drug distribution] out here type s**t." COLON said, "Okay." PULVINO replied, "Alright, bro, you good?" COLON said, "Yep. I'm at the barbershop." [PULVINO was directing COLON on how to send him narcotics through the mail to his location at Fort Bragg and avoid detection by law enforcement].

19.     On May 17, 2024, at approximately 10:04 p.m., COLON received an incoming call from DOLAN. DOLAN said, "Hello." COLON replied, "Yea. Yea." DOLAN said, "Go hit a lick [sell drugs] real-quick." COLON replied, "Yea, I'm all there, I'm headed back there

right now." DOLAN said, "Did you already get that other half [half ounce of drugs]?" COLON replied, "I got it [drugs] just, I got it." DOLAN said, "Alright um, go hit this real-quick [sell drugs]." COLON replied, "I'll be at the house."

20.     On May 17, 2024, at approximately 10:21 p.m., COLON received an incoming call from DOLAN. DOLAN said, "Okay, so let him in, 'cause I gotta go hit another lick [sell drugs]?" COLON said, "Yea, let him in, I'm on my way there." DOLAN said, "Hey, snitch [someone believed to be cooperating with law enforcement] is here, be safe."

21.     On May 17, 2024, at approximately 11:53 p.m., COLON received an incoming telephone call from BYRD. BYRD said, "Ay I-I-I got five [drug proceeds], I got five for you right now." COLON replied, "S**t I could use that mother***a s**t right now too." BYRD said, "Alright, cool, I'll put, it's take like an hour to get down, 'cause I gotta to run out to Rocky River real-quick to go hit a note [drug deal]. But then I could slide downtown from Rocky River."

22.     On May 18, 2024, at approximately 4:32 p.m., COLON received an incoming telephone call from RONDON. COLON said, "Hello." RONDON replied, "Nate just called me, I mean Nick [CALVERT], whatever the f**k his name is, he needs a uno veinte cinco [125], you want me to cut them [drugs] up?" COLON replied, "Yep. Cut them [drugs] up with the knife, charge him 150 . . ." RONDON said, "I told him 150, he was like, 'I ain't making no money for 125, bro [redistributing narcotics].'" COLON replied, "Yeah, you know what? Let me call this n***a. I ain't going to call him, I'm about to text him."

23.     On May 19, 2024, at approximately 12:53 p.m., COLON made an outgoing call to MASTERS. MASTERS, "Yo what up?" COLON replied, "Yeah I'm right here at the pump.

Where you at?" MASTERS said, "At the same station, right?" COLON replied, "Yeah, yeah, yep. I'm right here." MASTERS said, "In the black truck? Alright. Alright."

24.     On May 19, 2024, at approximately 4:50 p.m., COLON made an outgoing telephone call to RONDON. COLON said, "Bring me that bag down." RONDON replied, "Which one?" COLON said, "Big bag." RONDON replied, "Big bag."

25.     On May 19, 2024, at approximately 5:36 p.m., COLON made an outgoing telephone call to RONDON. COLON said, "B***h, we cookin out on Woodbridge, ain't nobody got time for your weak a** s**t." RONDON replied, "I'm on my way." COLON said, "You ain't on your way, cause I'm downstairs, b***h, now bring me that one that's in the, uh, that 40 [.40 caliber firearm] that's in the case."

26.     On May 20, 2024, at approximately 12:54 p.m., COLON and A.A., a person known to the Grand Jury, had a phone conversation. A.A. said, "Yo." COLON replied, "Who the f**k is this?" A.A. said, "It's cookie." COLON replied, "Oh, why you sending me that fruit cake a** s**t, where that n***a Santos and Omar?" A.A. said, "I don't know, I ain't talked to them since Friday, I ain't answered my phone." COLON replied, "Call them n***as and tell them they gotta bring that mother f**king pistol back, them n***as got life f**ked up." A.A. said, "Alright I'll try and get a hold of them, but I ain't talked to them since Friday. I don't know. You saw them. When did you see them?" COLON replied, "My niece's little boyfriend left his book bag in Omar car with his gun in it, and they started going through his s**t they found his gun, and then they going to turn they phones off so no one can contact them, they better bring that pistol back." A.A. said, "If I holla at them I'll let them know, hey you around?" COLON replied, "Right now?" A.A. said, "Yeah." COLON replied, "Kinda." A.A. said,

"What, like, 15 minutes, I'm downtown." COLON replied, "Yeah." A.A. said, "Alright I'm on my way." COLON replied, "Alright I'll meet you on Woodbridge." A.A. said, "Alright."

27. On May 20, 2024, at approximately 1:14 p.m., A.A. drove to Woodbridge Avenue in Cleveland, Ohio.

28. On May 21, 2024, at approximately 1:33 p.m., A.A., COLON, JENKINS, and A.V., a person known to the Grand Jury, drove to 4**4 Archwood Avenue, Cleveland, Ohio, and met for a short period of time. COLON and JENKINS distributed narcotics to A.A.

29. On May 21, 2024, at approximately 1:54 p.m., COLON made an outgoing telephone call to RONDON. COLON said, "Not yesterday, the day before yesterday, when I told you to bring the little pistol inside the house, where'd you put it?" RONDON replied, "You talking about the 40?" COLON said, "No, I'm talking about the little one, the little 9 mm. I told you to take this and bring it to mommy's [RIOS]." RONDON replied, "Oh no, Candy has it."

30. On May 21, 2024, at approximately 7:55 p.m., COLON received an incoming telephone call from PAYNE. COLON said, "Yo." PAYNE replied, "Yo, can I come through [drug meet]." COLON said, "Yea, give me a second. I'm going to call you when I get to the house. I'm picking up this food."

31. On May 21, 2024, at approximately 8:56 p.m., COLON made an outgoing telephone call to MASTERS. COLON said, "Who wanted that [drugs]?" MASTERS replied, "I wanna pick it [drugs] up." COLON said, "Huh." MASTERS replied, "I wanna pick it up [for redistribution], I got a dude wantin it [drugs]." COLON said, "You said you got a dude that want it [drugs]?" MASTERS replied, "Yea, my neighbor guy is looking for somebody [drug supplier] he said his guys [supplier] been f*****g him around." COLON said, "Well, when you want it [drugs]?" MASTERS replied, "Tonight if you can do it, what, ah, you do it for [charge

for drugs]?"  COLON said, "Um, I mean, where you can make the money."  MASTERS replied,

"All right well . . ."  COLON said, "So I'll do, like, ah, I'll do, like, I'll do, like, f****n 900

[$900 US dollars/cost of drugs]."  MASTERS replied, "Alright, let me hit him up and see what's

going." COLON said, "Alright." MASTERS replied, "Let me get right back with ya."

      32.     On May 21, 2024, at approximately 9:43 p.m., COLON received an incoming

telephone call from RONDON.  COLON told RONDON he [MASTERS] was in a white Altima

with tinted windows.

      33.     On May 21, 2024, at approximately 9:45 p.m., COLON mad an outgoing

telephone call to MASTERS.  MASTERS said, "Yeah."  COLON replied, "You at gas and Go?"

MASTERS said, "Yeah I'm at the pump."  COLON replied, "You see Joel [RONDON]?"

MASTERS said, "Is he wearing a hat?"  COLON replied, "He walking with sandals on."

MASTERS said, "Sandals, oh no."  COLON replied, "Sandals and a hat."  MASTERS said,

"Yea, I seen he was eyeballing, I didn't know what, that's him probably huh, yeah, he was over

here looking I seen him up in front."  COLON replied, "Yea."  MASTERS said, "Yeah, I seen

him."  At approximately 9:48 p.m., RONDON walked north across Archwood Avenue and

returning to 4**4 Archwood Avenue, Cleveland, Ohio.

      34.     On May 22, 2024, at approximately 3:33 p.m., COLON made an outgoing

telephone call to WATTS.  WATTS said, "Yo."  COLON replied, "Yo, What up n***a?"

WATTS said, "Wassup which you bro?  What you up to?"  COLON replied, "S**t, moving

around [selling drugs/collecting drug proceeds]."  WATTS said, "Yeah, yeah."  COLON replied,

"Called to see if yo a** done with that little a** pack [amount of drugs]?"  WATTS said, "Oh

yeah, I'll get you [return the drug proceeds]."  COLON replied, "Huh?"  WATTS said, "Yeah,

yeah, I'll get you together [get drug money]."  COLON replied, "Well, come on so I can get you

together [supply him again], cause I got some s**t to do." WATTS said, "Ahh fo sho." COLON replied, "Ya'll guys pull up [bring the drug money] on me when ya ready." WATTS said, "Aight fa sho, aight."

35.    On May 22, 2024, at approximately 4:59 p.m., COLON received an incoming telephone call from an inmate at the Mansfield Correction Facility Inmate who said, "Listen I bust that move and s**t, my brother ain't picking for some reason man and I'm trying to send this n***a two bands real quick, man . . ." COLON replied, "Where's at . . ." Inmate said, "I talked to him four days ago, I call him like I called you, It's a hit or miss with s**t, so when it's here, you gotta grab this s**t you see what I'm saying." COLON replied, "Oh ok . . ." Inmate said, "At the end of the day man, soon as my brother pick up the phone I'll send the two bands back to you or you can just inv it, it don't matter to me, you know what I mean, but at the end of the day I need to bust this move [drug deal] you hear me?" COLON replied, "Right." COLON said, "Oh, so you'll be able to bust your move while you're still there [referring to still being in prison while doing the drug transaction]?" Inmate replied, "Yeah, yeah either way I got you."

36.    On May 22, 2024, at approximately 6:19 p.m., COLON made an outgoing telephone call to RONDON. COLON said, "You remember where I put my stuff in the refrigerator right, in that little thing next to yours?" RONDON replied, "Naw, I didn't see where?" COLON said, "It's right where you got yours on the next drawer." RONDON replied, "Oh next drawer?" COLON said, "Yeah, the next thing, the next thing over in the refrigerator, all right there's two bags. There's one to the left and one to the right. Bring me the one to the right, now." RONDON replied, "Alright."

37.    On May 22, 2024, at approximately 7:32 p.m., COLON received an incoming text message from CALVERT, wherein CALVERT texted, "It's Ole girls bday. I got 50 can you.

Throw me da basketball [basketball emoji - eight ball of drugs, 1/8 of an ounce] I got you at least $200 satutgot." At approximately 7:32 p.m., CALVERT also sent a follow-up text correcting the spelling to the prior text, "Saturday."

38.     On May 23, 2024, at approximately 6:15 p.m., COLON received an incoming telephone call from JENKINS. COLON said, "Hello." JENKINS replied, "Yeah, dude. I'm back at the house." COLON said, "Aw s**t. Meet me at mommy's house [RIOS's house]. I'll be over there in a little bit. If you got something to do you can do that. I'm grabbing some food with her real-quick." JENKINS replied, "Yeah. I'm going to go check umm, umm, pick up this money and I'll meet you at mama's house." COLON said, "Alright."

39.     On May 24, 2024, at approximately 2:53 p.m., COLON made an outgoing telephone call to BRANTLEY. COLON said, "Man, where you at?" BRANTLEY replied, "In the God damn shower. I'm about to spaz, there's not even any water." COLON said, "You still in those double buildings over there where I came to you one time [picked up drugs]?" BRANTLEY replied, "Huh?" COLON said, "I said, you still in that building I came to you one time, like next to the store?" BRANTLEY replied, "Yeah." COLON said, "Alright, cause I'm down. All the way down the street. I'm, I don't know, all the way down the street. I'm about to turn around and go over there [respond to BRANTLEY's location]."

40.     On May 24, 2024, at approximately 3:05 p.m., COLON received an incoming telephone call from BRANTLEY. COLON said, "I'm about to come up there now. I'm talking to the door dude in the store right here."

41.     On May 25, 2024, at approximately 3:52 p.m., COLON made an outgoing telephone call to RONDON. RONDON said, "Bro where is he [CALVERT] at?" COLON

15

replied, "He [CALVERT] should be at the Gas & Go." RONDON said, "He [CALVERT] ain't here."

42.     On May 25, 2024, at approximately 6:55 p.m., COLON received an incoming telephone call from MALUSKY. COLON said, "Yo yo." MALUSKY replied, "Hey, can I come see you [buy drugs]?" COLON said, "Yes, you can." MALUSKY replied, "Ah ok, let me do two [amount of drugs]." COLON said, "Alright."

43.     On May 25, 2024, at approximately 9:18 p.m., COLON made an outgoing telephone call to RONDON. RONDON said, "What do you want?" COLON replied, "I need that bag [narcotics] you took upstairs yesterday." RONDON said, "N***a, you got that . . . stairs." COLON replied, "No n***a, the one I went to the eastside [pickup from DEREK BRANTLEY] for fool." RONDON said, "Oh, oh, oh. Where you at?" COLON replied, "Downstairs." RONDON said, "Ok, I'll come down now."

44.     On May 26, 2024, at approximately 4:04 p.m., COLON made an outgoing telephone call to RONDON. RONDON said, "Uh, uh, white boy [CALVERT] keep calling me." COLON replied, "I know, I told 'em." RONDON said, "Want me to take care of that [sell drugs to CALVERT]?" COLON replied, "I know I told him [CALVERT] to call you."

45.     On May 27, 2024, at approximately 3:19 p.m., COLON received an incoming telephone call from CALVERT. COLON said, "Yo." CALVERT replied, "Hey, what's up I'm in Cleveland right by Lakewood, I'm waiting on my cousin he's coming from Strongsville to be bring me." COLON said, "I'm out on the bike call Joel's phone [RONDON]." CALVERT replied, "Okay, that's what's up."

46.     On May 27, 2024, at approximately 3:20 p.m., COLON received an incoming telephone call from RONDON. RONDON said, "What's up?" COLON replied, "Nick

[CALVERT] called you, he said he needs a ballie [eight ball of drugs- 1/8 of an ounce of cocaine]."

47.     On May 28, 2024, at approximately 3:36 p.m., COLON received an incoming telephone call from RONDON. COLON said, "In a minute. When you gonna be finished buddy?" RONDON replied, "Ah s**t, I should be finished by tomorrow. I'm waiting for her [ANTHONY] to give me that [drug proceeds] cause I gotta give you, I gotta give you, you said four, I gotta give you five?" COLON said, "Five Fifty [$550]." RONDON replied, "Yep." COLON said, "Yes, umm do you want me to all and put the press down like yo, shorty, that's mine. I need that [drug proceeds]?" RONDON replied, "No, she [ANTHONY] knows." COLON said, "Alright, yeah, I'm about to head that way. I'm heading that way right now anyways." RONDON replied, ". . . n***a, but she take too long. Trying to get my new place, but she, she know I say you got give me the rest of the money before the first." COLON said, "Yeah, for sure. Alright, I'm about to head that way."

48.     On May 28, 2024, at approximately 8:35 p.m., COLON made an outgoing telephone call to JENKINS.  JENKINS said, "Hello."  COLON replied, "Alright. He's there [drug facilitator]."  JENKINS said, "Alright. I'm on my way."  COLON replied, "It's a fat Puerto Rican n***a and should be, like, in a maroon car or a little red car."  JENKINS said, "Okay.  I'm going there right now [to distribute drugs]."

49.     On May 28, 2024, at approximately 8:42 p.m., COLON made an outgoing telephone call to JENKINS. JENKINS said, "Yeah. I'm in the car with him. We got to go out to, umm, Berea [city in Ohio]." COLON replied, "Okay." JENKINS said, "Yeah. But, hey, when he there, he get there, he going to run that [drugs] in. That's cool, right?"  COLON replied,

"Yeah, yeah, yeah." JENKINS said, "Okay. Okay. I just want to make sure." COLON replied,

"Yup." JENKINS said, "Alright."

50.     On May 28, 2024, at approximately 9:08 p.m., COLON received an incoming

telephone call from JENKINS.  JENKINS said, "Hey. He, he, umm, old dude told me let you

know he said he pay more, umm, like $650 a zip [ounce of drugs]." COLON replied, "Huh?"

JENKINS said, "Six oh, oh, ok, ok, ok.  Alright I'll holler at you when I'm almost there.  I'll call

you in a minute."  COLON replied, "Alright. Bye."

51.     On May 28, 2024, at approximately 9:57 p.m., COLON received an incoming

telephone call from WATTS.  WATTS said, "S**t. I gotta come link up with you [get drugs]."

COLON replied, "Yeah."  WATTS said, "Well I'm going to come give you what the f**k I got

[drug money], and I need to get like a seven game or something so I go get busy [amount of

drugs to sell]."  COLON replied, "Oh n***a come pay me off [drug proceeds]. I'm about to give

you the whole thing [amount of drugs]."  WATTS said, "I'm going to take care of you. I'm

going to give you every n***a got n***a s**t. I got you. Everything . . ." COLON replied, "So

what's up with you? What's up for tonight?"  WATTS said, "I ain't doing s**t. I'm chilling."

COLON replied, "If you didn't know what it is then why the f**k would you sprinkle it on the

floor. If you didn't know what it was you would've just took it and threw it in the garbage."

WATTS said, "Because it [drugs] was in a bag.  She know a n***a be what the f**k a n***a be

dealing with [drugs].  She didn't want one of the clients at the house to see anything like that, or

whatever, whatever.  Took the s**t and sprinkled that s**t, or whatever.  Man.  Alright, Alright

so you did that cause you talking about you trying to save somebody's life or whatever, you

don't want them to do this do that.  Guess what? I'm going to go to her house and dump out all

the sugar and salt and everything in that bitch." COLON replied, "No, no, no, you gotta be like, you gotta give me $200 for that. I don't give a f**k."

52.     May 29, 2024, at approximately 3:26 p.m., COLON had a conversation with RONDON. COLON said, "Hey." RONDON replied, "Yeah." COLON said, "Bring me that, the AR [automatic rifle] down real quick." RONDON replied, "Yep."

53.     On May 29, 2024, at approximately 10:31 p.m., COLON received an incoming telephone call from MALUSKY. MALUSKY said, "How are you?" COLON replied, "I'm good." MALUSKY said, "My buddy is visiting from Iowa. Can I come see you [pick up drugs to sell]?" COLON replied, "Yes. You can." MALUSKY said, "Alright." COLON replied, "On Woodbridge." MALUSKY said, "Woodbridge. Ok. I have to . . . I'm on . . . I'm at Lorain and 117th, so I'll be about ten minutes." COLON replied, ". . ." MALUSKY said, "Two [amount of drugs]." COLON replied, "Okay." MALUSKY said, "Okay. Thank you." COLON replied, "Which ones though?" MALUSKY said, "Just . . . reggie is fine."

54.     On May 29, 2024, at approximately 11:29 p.m., COLON received an incoming telephone call from BYRD. COLON said, "Around the corner. I can drop you my location." BYRD replied, "Oh. Alright. Cool. I'm going to come bring you five hundred [drug money]." At approximately 11:46 p.m., they agree to meet at Gas & Go.

55.     On May 30, 2024, at approximately 12:57 p.m., MARSH went to COLON's residence, 3**0 West 41st Street, Cleveland, Ohio, and entered the residence.

56.     On May 30, 2024, at approximately 1:03 p.m., JENKINS exited COLON's residence with MARSH and stood on the porch.

57.     COLON entered his vehicle and drove to 4**4 Archwood Avenue, Cleveland, Ohio, and entered the residence for a short period of time. COLON exited the same residence,

entered his vehicle and drove back to 3\*\*0 West 41st Street, Cleveland, Ohio, where he met with MARSH.

58.  MARSH than left COLON's residence and entered a vehicle in the passenger side and the vehicle departed.

59.  On May 30, 2024, at approximately 1:44 p.m., MARSH called COLON and said, "Yo, this s\*\*t [drugs] was just almost all." COLON replied, "What you mean?" MARSH said, "Oh my God, bro. I think you need to be watching, bro. We just got pulled over by two state troopers." COLON replied, "What?" MARSH said, "I swear to God bro, I swear to God, you're lucky I'm a f\*\*\*\*\*g genius, my n\*\*\*a. That's all I'm going to say, dawg. I wanna throw up. I didn't swallow nothing [drugs], but . . ." COLON replied, "Ok, first of all, where was you all at?" MARSH said, "We had just crossed the public library. What is that on, State & Pearl, bro? We had just crossed the public library on State & Pearl coming up towards our house." COLON replied, "And where was they at?" MARSH said, "I don't even know, where the f\*\*k was they at Carmen? Where was they at, I didn't even see them n\*\*\*\*s, bro." Unknown female in background stated, "I didn't see them either, bro." MARSH said, "I don't even know where they were at dawg, they just pulled up out of nowhere, two SUVs with a K-9 unit, dawg. Thankfully the dumb a\*\* n\*\*\*a. See, I know my rights. The n\*\*\*a kept asking me to get out the car, and I was like you first have to tell me why I'm getting out of the car. Am I being detained? I know my rights. So, he asked me again, and I was like listen bro, we're not gonna back and forth with this, I was like, tell me why I'm getting out of the car and I'll get out of the car. I lifted up my hoodie to show him I had no weapons on me. I said I'm going to lift up my hoodie to let you know that I'm not being aggressive cause I've got weapons on me. I'm letting you know this, because I know my rights. He told me, he said, he didn't really tell me, right. So, I was like,

f**k it, I can tell I was about to get ripped out of the car, so, from the very beginning when we got, we got, when we got pulled over, you know, I parked the s**t bro. To the deepest, darkest parts [hid drugs in his anus] you could think of." COLON replied, "Yeah." MARSH said, "I know they're not legally allowed to search me. I'm not the one being stopped. They don't have no reasonable articulable suspicion for me committing a crime, for them to search me. They can't even legally ask me for my ID." COLON replied, "Right." MARSH said, "So, I gave them my ID and I was like listen, I get out of the car, I was like, 'I'm telling you right now, I consent to no searches. I consent to no searches, and I'm only giving you my ID underneath the, I'm being put underneath immense pressure and being threatened to be taken to jail. That's the only reason why I'm giving you my ID, I'm letting that be known right now.' But these n****s' body cameras weren't even on, dawg. I know when a body cameras on. This n****'s body camera was not on." COLON replied, "It should blink red when it's on." MARSH said, "Yeah, exactly, that s**t, those n****s, so, so basically, one cop took Carmen, and the other cop . . ." COLON replied, "I'm about to pull up, don't even call me."

60. On May 31, 2024, starting at approximately 8:08 p.m., COLON and MASTERS engaged in a text message conversation. MASTERS texted, "You got a eight [amount of drugs]." COLON responded, "U got 125 [cost of drugs]." MASTERS responded, "125?" COLON texted, "Gas station."

61. On June 1, 2024, at approximately 7:55 p.m., COLON received an incoming telephone call from RONDON. RONDON said, "So, he said [CALVERT] he has 180. So, I'm waiting for, for 3 . . . 5 and whatever he owes you on the bill." COLON replied, "Ok. His a** for the 180, 25, 30. 55 on the bill. 125 a ballie [eight-ball of drugs]. Give him a ballie of that b******t, and I'll give you a ballie when I get there." RONDON said, "What ballie of the

b*******s?"  COLON replied, "Don't you have some b******t over there?"  RONDON said, "No, I ain't got no b******t over here."  COLON replied, "N***a all your s**t is b******t, get that n***a a ball of that and I'll get you when I get there."

62.     On June 2, 2024, at approximately 7:11 p.m., COLON received an incoming telephone call from PAYNE.  COLON said, "Yo."  PAYNE replied, "Can I come through [pick up drugs]?"  COLON said, "Yeah, meet you on Woodridge."  PAYNE replied, "Alright, I'm actually on . . ."

63.     On June 4, 2024, at approximately 2:06 p.m., COLON and MALUSKY had a telephone conversation.  COLON said, "What's going on with you buddy?"  MALUSKY replied, "About to go jet skiing."  COLON said, "Oh, nice."  MALUSKY replied, "Yes, so I have everything for you [drug money] and, um, I actually need three more [amount of drugs] if you don't mind are you around."  COLON said, "Yeah, I'm around, a I'll meet you on Woodbridge [drug meet] how long."  MALUSKY replied, "A probably like 10 minutes, I'm right off 90 right now, so Woodbridge ok I'll see you there."

64.     On June 4, 2024, at approximately 2:14 p.m., MALUSKY arrived on Woodbridge Avenue in Cleveland, Ohio.

65.     On June 4, 2024, at approximately 2:22 p.m., COLON had a call with MALUSKY.  COLON said, "Hello."  MALUSKY replied, "Hey, um, should I come up to the house or you just gonna."  COLON said, "I'm turning down the street right now."  MALUSKY replied, "Oh, ok I'm parked on the other side from where I'm usually at so."

66.     On June 4, 2024, at approximately 2:25 p.m., COLON and MALUSKY met on Woodbridge Avenue in Cleveland, Ohio, where MALUSKY received narcotics.

67.     On June 4, 2024, starting at approximately 3:13 p.m., COLON and WATTS engaged in a text message conversation.  COLON texted, "What u hit for me [drug proceeds]." COLON sent another, "Got."  At approximately 4:20 p.m., WATTS texted, "Jus woke up I Got you gumme a sec."  At approximately 11:19 p.m., WATTS texted, "I sent yu $200.00 on Cash app [drug money]. Get you more soon. Wyd?"  COLON texted, "800."

68.     On June 4, 2024, at approximately 4:36 p.m., COLON made an outgoing telephone call to RONDON.  COLON said, "Bring me that down real-quick."  RONDON replied, "The what?"  COLON said, "The acetone [solvent utilized in manufacturing drugs]."

69.     On June 5, 2024, at approximately 2:09 p.m., COLON received an incoming telephone call from A.A.  A.A. said, "Where you at? Yours?"  COLON replied, "Uh, nah, uh, ah, nuttin' over here.  Hell no." A.A. said, "uh ummm."  COLON replied, "Follow me to Gas & Go, at the corner of my street on Fulton." A.A. said, "What?" COLON replied, "Across the street from the BP on Fulton." A.A. said, "Oh, you want me to meet you at the BP?"  COLON replied, "No. It's too hot over there [law enforcement presence]." A.A. said, "Oh, where you wanna meet [drug meet]?"  COLON replied, "Across the street." A.A. said, "Across the street from where?" COLON said, "Across the street from the BP, n***a!" A.A. said, "Ohhh Aight!  Same as last time [previous drug deal]."  COLON replied, "Aight." A.A. said, "I'll be there in 2 seconds, I'm on Storer." COLON replied, "Ah well s**t give me a few. I'll be there in like 3 minutes, 4 minutes." A.A. said, "Aight."

70.     On June 5, 2024, at approximately 3:50 p.m., COLON received an incoming telephone call from CALVERT.  COLON said, "Yo." CALVERT replied, "Wassup Brother?" COLON said, "what's happenin'?" CALVERT replied, "Can I come holla at ya for the same thing [amount of drugs] as yesterday?"  COLON said, "How long you gone be?"  CALVERT

replied, "Yeah, I'm ah I'm comin from f***in Elyria right now." COLON said, "Aight, call me when you're close."

71.     On June 5, 2024, at approximately 4:18 p.m., COLON received an incoming telephone call from CALVERT. COLON said, "Yo." CALVERT replied, "What's up, man, I'm like two minutes away from the gas station . . ." COLON said, "Alright, go to the gas station Gas & Go . . ." CALVERT replied, "Okay, that's what's up."

72.     On June 5, 2024, at approximately 4:34 p.m., RONDON exited 4**4 Archwood Avenue, Cleveland, Ohio, and walked to a gas station where RONDON entered CALVERT's vehicle and distributed narcotics.

73.     On June 5, 2024, at approximately 7:17 p.m., COLON made an outgoing telephone call to CRESPO. CRESPO said, "He would hit me late night on some weird s**t. He be like, 'You be home,' and I'm like, 'What the f**k is you talking about.' Why he hitting me late, and he'll be like, 'My friend wants to know if he any party, um, she wants a G [purchase gram of drugs],' I'm like, yeah he slipped up and said he didn't like the product one day [the drugs CRESPO sold him], but he was like, 'No she said that he didn't like, all peoples said they didn't like it [the drugs].'"

74.     On June 5, 2024, at approximately 7:23 p.m., CRESPO called COLON. CRESPO said, "Okay, umm, I was gonna say you, um, f**k cause my peoples [drug supplier] about to come in 10 minutes. So they drop me off some beans [drug pills] on a play for, uhh, I'm down for some beans [drug pills]." COLON replied, "How many beans?" CRESPO said, "Umm, I don't know he already on his [supplier] way." COLON said, "Tell him to forget it. I still have some beans [drug pills]." CRESPO said, "I know but . . . this is that one trick that this is the one called I called earlier." COLON replied, "Why pay for them b****es . . ." CRESPO said, "I

forgot I already, I already had paid for it. I sent them a hundred for ahh a jar [fronted money for an amount of drugs]." COLON replied, "Okay." CRESPO said, "Yeah, I already did the transaction . . . I totally forgot about that thing." COLON replied, "Yeah, I mean there ain't no sense in leaving if we gotta f***in come right back in a few minutes." COLON said, "You know I be trickin' why don't you be sending them hoes my way?" CRESPO replied, "Cause I'm not gettin paid." COLON said, "Haha you know I'll slide you something if you bring the hoes my way [pay for sex]." CRESPO replied, "Because you weird." COLON said, "No, b***h, you just love me you don't want me to f**k with anybody else." CRESPO replied, "Once you smash one of friends, the neighbor be like f**k you b***h and them n***as, like that's weird as f**k. Now if it was another trick and another customer I don't give a f**k." COLON said, "B***h ain't letting me go to nobody." CRESPO replied, "I might not go to work, I'm gonna just get a b***h and, umm, and try to make her some money today. Me well not her but me you know [pimp out a female for money]."

75.     On June 5, 2024, at approximately 9:14 p.m., COLON received an incoming telephone call from GREENLEE. GREENLEE placed an unknown female (UF) on the phone to setup a drug purchase. GREENLEE said, "That n***a a he want a pull up on you [meet for drugs]." UF talking in the background. COLON replied, "Listen here, I don't got no ah." GREENLEE said, "You ain't got no situation [drugs]." COLON replied, "What the f**k uhhh . . . , what they call that uh?" COLON replied, "I don't got a . . . I don't got a straw house. What you want?" GREENLEE put an unknown female on the line who stated, "My boy Josh wanted some [drugs]." COLON replied, "What you want a 20 or something [amount of drugs]?" UF said, "Naw, hell no, a gram or something [amount of drugs]." COLON replied, "Oh, ok. Here I come, here I come, here I come, eh eh eh." GREENLEE said, "You coming up . . . come pop

up?" COLON replied, "Yeah, I'm going over there, where you at." GREENLEE said, "Alright. I'm at Tony's Market right now." COLON replied, "You a drunk?" GREENLEE said, "What you want me to do pull up on you, or you coming over there [meetup for drugs]?" COLON replied, "Where the f**k you all going?" GREENLEE said, "Ugly [Ugly Broad bar on Denison]." COLON replied, "S**t, how's that two ugly n****s going to the Ugly Broad. I'll be over there, I'll meet you all over there." GREENLEE said, "On my way."

76.    On June 6, 2024, at approximately 3:03 p.m., COLON received an incoming text message from CALVERT. CALVERT texted, "I'ma been that way like 4:00-4:30 is that cool half basketball [basketball emoji – 1.75 grams of cocaine]."

77.    On June 6, 2024, at approximately 4:36 p.m., COLON received an incoming telephone call from CALVERT. CALVERT said, "Hey I am, like, 13, umm, I need the whole basketball [1/8 ounce of cocaine]." COLON replied, "Alright." CALVERT said, "Saturday I get paid I will have some money for you too on the, ahh, credit side you know what I am saying?" COLON replied, "Yep." CALVERT said, "Alright that's what's up." COLON said, "Gas station." CALVERT replied, "Call you when I am pulling up."

78.    On June 6, 2024, at approximately 4:38 p.m., COLON received an incoming text message from CALVERT.  CALVERT texted, "Can I get the chunky chocolate chip cookies [rocked cocaine] please. I'm taking this to someone new I wanna try n het a customer for us."

79.    On June 6, 2024, at approximately 4:47 p.m., COLON received an incoming telephone call from CALVERT.  COLON said, "Hello?" CALVERT replied, "I am pulling up." COLON said, "Alright."

80.    On June 6, 2024, at approximately 4:51 p.m., COLON received an incoming telephone call from CALVERT.  COLON said, "Yo . . . Say what?" CALVERT replied, "On the

street." COLON said, "Where they at, I don't see them." CALVERT replied, "They right next to you on the road." COLON said, "Huhh?" ,CALVERT replied, "They right next to you on the road."

81.     On June 6, 2024, at approximately 11:16 p.m., COLON received an incoming telephone call from BYRD. COLON said, "I know you always call me but it's time for me to do my thing you know what I'm saying." BYRD replied, "You're saying it's time for me to come over and drop a deposit off [drug money]." COLON said, "For everybody, yeah." BYRD replied, "I know baby we be doing this s**t for a long time you know how the game go, we married to this s**t [drug dealing]. Right now I'm working on putting together the last little ends right now I'm downtown working so I'll see you in the morning or maybe tonight you never know but it's going to be real soon."

82.     On June 7, 2024, at approximately 12:53 p.m., COLON made an outgoing telephone call to CRESPO. CRESPO said, "What?" COLON replied, "Get up fool." CRESPO said, "What?" COLON replied, "Don't f**king what me n***a." CRESPO said, "What do you want?" COLON replied, "I'm trying to see you, what the f**k do you think I'm calling for?" CRESPO said, "Hmm." COLON replied, "So you ready or what?" CRESPO said, "No, I'm not ready." COLON replied, "Well, when you, you going to be ready." CRESPO said, "Not sure." COLON replied, "Text me when you're done, bye."

83.     On June 7, 2024, at approximately 1:08 p.m., COLON and RONDON met MASTERS on Woodbridge Avenue in Cleveland, Ohio, to distribute narcotics.

84.     On June 7, 2024, at approximately 3:53 p.m., CALVERT texted COLON, "Waiting on this dude [drug customer] to bring me the money [drug proceeds] for that. Ima be like another hour or so. I'll call you the minute I leave here."

85.     On June 7, 2024, at approximately 4:08 p.m., COLON received a telephone call from CRESPO. COLON received an incoming telephone call from CRESPO. COLON said, "Hello." CRESPO replied, "Yeah he talking about he talking crazy in my messages, and I, like, I told him I'm not about, you already know how I play with it when it comes to s**t like this. He talking about how I got to move out he shutting the electric off and everything.  Nothing in this s**t in this b**ch is fixed at all.  I just told him I got off the phone with one of my lawyers. This n***a is buying cocaine off me [CRESPO distributes cocaine] is he serious?"  COLON said, "Oh, wow."  CRESPO replied, "I be telling him. If you, if you, I'm not paying for . . . you're getting your money today right.  Then you keep talking crazy and you're . . . on my door. You don't even leave a message. What the f**k type of landlord do this s**t.  I'm like, I'll tell him you call me you knock on my door for anything else n***a if you really want to get technical. He know what I'm talking about and you don't be buying s**t [drugs] off of me.  Or he be asking me . . .with your peoples, and I got get like this cause he talking about he got lawyers.  I got lawyers I got . . . buying s**t off of me."  COLON said, "Yeah."  CRESPO replied, "Why wouldn't he just come knock on the door for your f**king money.  I tell him I got Apple Pay. This n***a talking about he ain't got an iPhone.  Well, he better figure it out.  Until then you're gonna have to wait until my credit card come in the mail which is my bank card you stupid bitch. So, I can't send over nothing until my bank card comes in. I can't get your cash out so either you're gonna have to . . . away or what the f**k we gonna really do I'm gonna make sure I'm staying in this b**ch.  And I'm gonna have to take you to court, and I would.  How would they, like a landlord who is selling out of his household. You're gonna get a fat chilly . . . I'm really go the f**k off for him."  COLON said, "Yeah f**k him.  I mean I know him I don't deal with him like that. I barely even talk to him."  CRESPO replied, "But he texting me all last night 4, not

even 4, like, 1 o'clock talking about are you on west 46th. Why is my landlord nonstop texting me every f**king day. Wanna know if my light is on . . . yes . . . cause it's next to my cameras." COLON said, "Oh s**t."

86.     On June 7, 2024, at approximately 5:04 p.m., COLON received an incoming telephone call from BYRD. BYRD said, "I was at my mom's house doing laundry, but I am going to give you the difference of that one [drug proceeds] tonight." COLON replied, "Okay." BYRD said, "So I have an evil one in there knocking all the s**t down with a first assist so it's all about to be all on you now so I'm able to get my debt paid back more swiftly." COLON replied, "Okay." BYRD said, "But let you know what's going on but I am on my way now to house, I got 700 [drug money] on me now."

87.     On June 7, 2024, at approximately 5:20 p.m., BYRD called COLON and said, "I'm outside. I'm just chilling a little bit. You want me to pull into the driveway?" COLON replied, "Alright here I come."

88.     On June 7, 2024, at approximately 10:14 p.m., BYRD called COLON and said, "I'm going to slide through there and get the rest of that real-quick the other three [amount of drugs]."

89.     On June 8, 2024, at approximately 11:27 p.m., COLON sent a text message to RIOS. COLON texted, "Hiw much money I got on ur cash app since u being weird."

90.     On June 9, 2024, at approximately 4:08 p.m., COLON received an incoming telephone call from RIOS. COLON said, "Hello." RIOS replied, "[Spanish] Ok, you know in the freezer in the same place I put my popsicle [code for drugs] there, so can you get it out and put it . . ." COLON said, "We know where it's at now so." RIOS replied, "Ok, so, ah can you take it out?" COLON said, "No we'll leave it right there." RIOS replied, "Oh ok. Alright. Thank you."

91. On June 9, 2024, at approximately 10:56 p.m., COLON made an outgoing telephone call to RIOS. RIOS said, "eeho." COLON replied, "Hello." RIOS said, "Yea." COLON replied, "Hey, sell that n***a a f***in twenty [amount of drugs] man that n***a is blowing up my God damn phone." RIOS said, "All right . . no tengo [Spanish] I don't have any. It's over at that female's house [drugs stored elsewhere]." COLON replied, "n***a f***in' just rockin' my phone rockin' my phone God damn n***a." RIOS said, "No because uh . . ." COLON replied, "He clocked out he just over there . . . I gave that n***a f***in' over two grams [amount of drugs] and he just blew em all and he is clocking now. He just callin' my phone, callin' my phone, callin' my phone, callin' my phone, callin' my phone, text me, text me, like goddamn, n***a." RIOS said, "I know [Spanish], but, I have that at this girl's house [drugs stored elsewhere]." COLON replied, ". . . where the f**k did I put it I don't even know where the f**k I put it." RIOS said, "You know what I'm not looking for it [drugs]."

92. On June 10, 2024, at approximately 3:05 p.m., COLON received an incoming telephone call from RIOS. RIOS said, "Where you at?" COLON replied, "Alicia [?]" RIOS said, "Ok, um, no, because, um, one ah, some guy parked there, you know he-- [Spanish] and the police came over and it seems like they were watching and now they are there, waiting in the car." COLON replied, "Where at?" RIOS said, "Right here in front of the house. [Spanish] Be careful."

93. On June 10, 2024, at approximately 6:33 p.m., COLON received a text message from PAYNE. PAYNE texted, "Can I come thru." At approximately 6:43 p.m., COLON texted, "Woodbridge."

94. On June 11, 2024, at approximately 4:48 p.m., COLON sent a text a message to WATTS. COLON texted, "Cash app I gotta do s**t."

95.     On June 12, 2024, at approximately 5:04 p.m., CALVERT arrived at COLON's residence and entered the residence and received narcotics.

96.     On June 12, 2024, at approximately 6:34 p.m., COLON received an incoming telephone call from MARSH.  MARSH said, "What do I owe you is it like 6 [drug money]?" COLON replied, "850 [drug debt]."  MARSH said, "I heard you I'm sending you four right now." COLON replied, "Alright."

97.     On June 13, 2024, at approximately 1:34 p.m., COLON received an incoming telephone call from BYRD.  BYRD said, "Waiting on this money to hit my account, it should be here either tonight or in the morning. How much I owe you [drug money]? . . . or I'm at thirty?" COLON replied, "I'll tell you right now, hold on. Ummmmm, uhhhhhh, 3660."  BYRD said, "3660 . . . Alright I got all of it [drug money]. I'll have it all tomorrow."

98.     On June 16, 2024, at approximately 10:03 p.m., COLON received an incoming telephone call from BYRD. COLON said, "Yo." BYRD, replied, "Big daddy what's going?" COLON said, "Nothing just sitting in this car just thinking about what the f**k I wanna do." BYRD replied, "N***a, do whatever the f**k you wanna do, n***a, it's your f**king holiday baby, celebrate yourself n***a, you take of . . you take care of me.  N***a go out and take care of yourself, baby, treat yourself." COLON said, "I don't know where there is to go tonight." BYRD replied, "Hey you ain't got go nowhere, n***a, you just bought a boat.  Go basking enjoying of being a good father in the middle of the ocean, I mean lake, with the bottle I gave you. Go get on your boat and chill."  COLON said, "I'm gonna do that tomorrow." BYRD replied, "Alright well I'm gonna pull up on you and give you a hug. But I don't want to come to mommy house [RIOS's residence]. Mommy don't want me to come to her house, and I'm still some way about that cause I'm such a great m*********er. And you keep telling me you can't

be come here you can't come up here. I don't wanna come to your house. When somebody is telling me you can't come to your house, I've never been told I can't come to somebody's house before. I'm a power . . . player.  So I don't want to come to your house at all. It's so insulting, I'm hurt by that. I'm so disrespected by that s\*\*t. Like, mommy, I was something with you before everybody, you was my m\*\*\*\*\*\*\*\*\*er [drug supplier] and I can't come to your house and give your son some love . . . no I don't wanna go to her house.  I just passed you. I'm about to be at your house real quick."  COLON said, "Alright I'm about to pull up."  BYRD replied, "Alright come on."

99.    On June 16, 2024, at approximately 11:20 p.m., COLON received an incoming telephone call from A.A. A.A. asked if he can "come through [drug meet]."  COLON said he was at the emergency room and will call A.A. back.

100.    On June 17, 2024, at approximately 12:01 a.m., COLON received an incoming telephone call from DOLAN.  DOLAN told COLON that A.V., a person known to the Grand Jury, wanted to talk to him.  A.V. came onto the line and said, "Uhhh, I don't want to talk too much but you got anything [drugs]?" COLON replied, "You know what actually, go in the freezer in that little . . . you know where you lift that thing up." A.V. said, "Yeah." COLON replied, "You know that little, that box?" A.V. said, "Yeah." COLON replied, "Yeah, stick your hand in there, there's something [drugs] in there." A.V. said, "Alright cool, uhhh . . . I forget what I was gonna say  . . .  I'll just see you when you get here."

101.    On June 17, 2024, at approximately 3:26 p.m., COLON received an incoming telephone call from RONDON.  RONDON said, "You gonna bring me another one later [drugs]?" COLON replied, "Yeah. Yeah, yeah, yeah, yeah." RONDON said, "You're done." COLON replied, "Huh?" RONDON said, "When you're done." COLON replied, "Yeah. You

might gonna have to wait till I, till I get my next pack [replenish his supply]." RONDON said, "Yeah." COLON said, "You good? You got some [drugs] over there?"  RONDON replied, "Yeah I got like, I got, I got a half [amount of drugs] left."

102.    On June 18, 2024, at approximately 3:13 p.m., COLON received an incoming text message from A.A.  A.A. texted, "Yooo you around [available for drug meet]."

103.    On June 18, 2024, at approximately 3:28 p.m., COLON received an incoming telephone call from MARSH.  COLON said, "Yo." MARSH replied, "Yo, I got another 400 for you in cash [drug proceeds], but I'm at the Autozone and s**t. I mean you're still probably a little busy and s**t."  COLON said, "Alright, I'll call you when I'm done." MARSH replied, "You got that title for the bike or you . . ." COLON said, "No, not yet. I still got to do what I gotta do." MARSH replied, "Alright, bet. Just let me know."

104.    On June 18, 2024, at approximately 6:41 p.m., CALVERT arrived at COLON's residence and received narcotics.

105.    On June 19, 2024, at approximately 7:45 p.m., COLON called DOLAN. COLON said, "You're not in the shower, right?" DOLAN replied, "Huh?" COLON said, "You're not in the shower are you?" DOLAN replied, "I just showered, why?" COLON said, "Okay, cause I got my, I'm on my way back that way I'm on 98. But, my dude's [drug buyer] outside, and I got something [drugs] on top of the refrigerator, in the back of the refrigerator by the stove and you seen me put it there yesterday. I got." DOLAN replied, "No, I didn't see it. I, I . . . you.  How much [drugs] do you want me to give him?" COLON said, "Just give him that."  DOLAN replied, "Whole thing?" COLON said, "Yeah, f**k it, I don't even know what the f**k is there." DOLAN replied, "Hold on."  COLON said, "I'm on the freeway, headed back that way." DOLAN replied, " . . . Okay, where's it at?"  COLON said, "On top the refrigerator on the back

part by where the stove is. on the backside." DOLAN replied, "Back of refrigerator, back part." COLON said, "There's a bag of weed up there, it [drugs] should be next to the weed." DOLAN replied, "Think . . . what the . . . Facetime me."

106.    On June 20, 2024, at approximately 12:17 p.m., COLON received an incoming telephone call from BYRD. BYRD said, "Uh, where you at, the house?" COLON replied, "Nah, not yet." BYRD said, "How long before you get home?" COLON replied, "Like thirty." BYRD said, "Alright, I got eight [drug money] for, I need to pick up one [an amount of drugs] real-quick."

107.    On June 20, 2024, at approximately 3:45 p.m., COLON made an outgoing telephone call to POMALES. COLON said, "I said where you at?" POMALES replied, "We're on the freeway, on my way back, me and TY and Norm came back from Brunswick I had to go pay the n***a so I could get my boat together." COLON said, "Ah s**t . . ." POMALES replied, "Where you at?" COLON said, "S**t I was just at the shop, but nobody there." POMALES replied, "N***a go back there now, n***a, I go shoot out there and get that s**t, meet me back there in 20 minutes." COLON said, "Alright."

108.    On June 20, 2024, at approximately 4:38 p.m., COLON received an incoming telephone call from POMALES. COLON said, "Yeah" POMALEs replied, "Where you at?" COLON said, "I just left your shop, just now." POMALES replied, "We pulled up right here. We by GAS USA." COLON said, "You by GAS USA right now?" POMALES replied, "Yup." COLON said, "I'm right around the corner be right back." POMALES replied, "Hurry up."

109.    On June 20, 2024, at approximately 5:20 p.m., GREENLEE and COLON met and conducted a drug deal with CALVERT. During the same day, at approximately 5:51 p.m., COLON and GREENLEE conducted a drug deal with an unknown drug customer.

110.    On June 20, 2024, at approximately 5:46 p.m., COLON received an incoming call from PAYNE.  COLON said, "Yo."  PAYNE replied, "Yo, can I come through [pick up drugs]?" COLON said, "Yeah, what you wanted?"  PAYNE replied, "Uh, just one [amount of drugs]. Unless you can float me some [front more drugs] for a couple days."  COLON said, "Ok. I'm on [unintelligible] bridge."  PAYNE replied, "I'm between jobs, so I'm in catch-up mode."

111.    On June 20, 2024, at approximately 5:59 p.m., COLON received an incoming telephone call from DOLAN.  DOLAN said, "Hello?  Where you at?"  COLON replied, "Right here, going to Woodbridge to drop something off [drugs]."  DOLAN said, "I got a . . . trying to grab some [drugs] off me.  I gotta get in the house.  I think the door is locked."  COLON replied, "Alright."  DOLAN said, "I'm about to be there.  I'm coming from 25th."  COLON replied, "You might as well m*********n' go to Woodbridge."  DOLAN said, "Can you just meet me at the house?"  COLON replied, "Nah, I'm doin' something - I'm waitin' on somebody [drug customer]."  DOLAN said, "Alright, um . . . can you . . . Woodbridge and 25th? I don't like that f**kin' intersection right through Woodbridge and Fulton.  I don't like going through it." COLON replied, ". . . over to there."  DOLAN said, "Huh?  I f**kin' meet you on Woodbridge, here.  Oh, my god."

112.    On June 21, 2024, at approximately 12:00 p.m., COLON made an outgoing telephone call to RIOS.  RIOS said, "Yeah what's up, you're the one that's ringing this doorbell?"  COLON replied, "No that's some old lady outside. Hey, where you put that bag and that gun I gave you the other day?"  RIOS said. "Huh?"  COLON replied, "The other day like two days ago I gave you the bag and the gun to hold and I told you to put it under my pillow."  RIOS said, "Well, uh, the bag is inside the freezer and [Spanish] uhm, mine is there too [her drugs] and, uhm, you know you--well-- I think I -- [Spanish] Oh, it's in the - in the-- er, the-- kicht-- er,

35

in the dining room -- in the kitchen-- in the dining room." COLON replied, "Alright which one?" RIOS said, "[Spanish] in the dining room in the on the bottom -- on the, uhm, -- right hand -- It should be, right there. Is it? Is it?" COLON replied, "No" RIOS said, "OK well I'm gonna."

113.    On June 20, 2024, at approximately 10:55 p.m., COLON received an incoming telephone call from PULVINO. COLON said, "Yo." PULVINO replied, "What's up, G?" COLON said, "What's up with it?" PULVINO replied, "Not s**t. You busy?" COLON said, "Well, I was busy. I ain't busy no more. Believe me." PULVINO replied, "Hey, that's what I like, bro! I don't care if you're on the phone with God, you better click over and see what the f**k I want." COLON said, "No, that would never, ever happen in like . . . " PULVINO replied, "I'm just playin', I'm just playin'. Hey, so, how, I mean, how fast do I need to get rid of it [drugs]?" COLON said, "I don't know. Two weeks." PULVINO replied, "Damn, n***a. Will you give me a f**kin' month? You sent three of 'em [amount of drugs]. You gotta remember that everybody out here is gainfully employed, so they gotta be careful and s**t." COLON said, "Mace, Mace [Mason]. Give me two minutes. I'm gonna call you right back." PULVINO replied, "Alright, you good. Alright, bye."

114.    On June 21, 2024, at approximately 1:25 p.m., COLON received an incoming telephone call from RIOS. COLON said, "Yeah, did you find my things [guns and drugs]?" RIOS replied, "Um no I thought you took it." COLON said, "No how did I take it if I gave it to you? With my [Spanish perico, spanish slang for cocaine]." RIOS replied, "I know [Spanish] but I put that [cocaine] in the freezer-- and there's only three." COLON said, "I told you to put it under my pillow that's where I keep everything under my pillow." RIOS replied, "[Spanish] Jeez well, I'm here at the kiddie park with Jay Jay so he's too big." COLON said, "I'll stop at

you're busy and grab another one so." RIOS replied, "Oh Ok. No, no, no, no, I'll be there." COLON replied, "Oh, it's cool."

115.    On June 21, 2024, at approximately 5:08 p.m., COLON received an incoming telephone call from BYRD. COLON said, "Yo" BYRD replied, "Poppy, what up baby?" COLON said, "Ah s**t running around. Hot as a m*********er." BYRD replied, "Well I'm about to get ready to go to a fashion show at Dante's Inferno and I wanted to swing by with you and give you the rest of the money I owe you [drug debt] from yesterday." COLON said, "Ok well um right now I'm 25th where you seen me yesterday at the shop [POMALES's shop]." BYRD replied, "Okay, alright it gonna take me about thirty minutes to get out the house I'm getting dressed and s**t right now. I'm about to put . . ." COLON said, "Ok, well just call me when you leave cause I might not be here then." BYRD replied, "Okay, alright."

116.    On June 21, 2024, at approximately 11:43 p.m., COLON made an outgoing telephone call to WATTS. WATTS said, "I'm probably gonna leave, probably gonna finish out what I got goin' on right now and then I'mma try to grab a little something [drugs] . . . be outside with a little seven [amount of drugs] or something." COLON said, "Uou gonna be finished when I bring something [drugs] down there?" WATTS replied, "Yeah, yeah, yeah, s**t something lite from the bank. I see it's a full moon, I know s**t going to be crackin'." COLON said, "Let me hit you up in 20 minutes tho, I got you."

117.    On June 27, 2024, at approximately 3:09 p.m., COLON received an incoming telephone call from CALVERT. CALVERT said, "S**t can I come holler at you [buy drugs]?" COLON replied, "You said what?" CALVERT said, "Can I come holler at you?" COLON replied, "What you wanted [how much drugs]?" CALVERT said, "A half of basketball [1/8 of an

ounce cocaine]." COLON replied, "you gotta call . . . call Joel [RONDON]." CALVERT said, "Call Joel [RONDON]?" COLON replied, "Yep."

118.    On June 28, 2024, at approximately 12:15 p.m., COLON made an outgoing telephone call to BELL. BELL said, "What up?" COLON replied, "My a** was in bed." BELL said, "Probably." COLON replied, "What you wanted [how much drugs]?" BELL said, "Umm, swing by, probably grab, probably grab a ½ [half an ounce]." COLON replied, "Alright, got it right here [has drugs on hand]. Alright, how long you gonna be?" BELL said, "Umm, I can come down, be like 10-15 minutes." COLON replied, "Ok." BELL said, "Cool, alright, bye."

119.    On June 28, 2024, at approximately 12:29 p.m., BELL met with COLON at 3**0 West 41st Street, Cleveland, Ohio, to receive narcotics from COLON.

120.    On June 28, 2024, at approximately 1:06 p.m., COLON made an outgoing telephone to POMALES. POMALES instructed COLON on how to gain access to his shop. POMALES said, "Go over there and tell them, uh, ask for Harry or Kev, like Lee said I need to get a thing, just call me when you get over there." COLON replied, "I'm about to be there right now."

121.    On June 28, 2024, at approximately 3:18 p.m., COLON received an incoming telephone call from DOLAN. COLON said, "Yeah." DOLAN replied, "Hello, where you at dude?" COLON said, "On my way, what why?" DOLAN replied, "Because I just, I texted you a long time ago, I called you and you never answered dude, my grandma needs some s**t [drugs] and f*****g, Kayla needs some s**t [drugs]." COLON said, "Oh, oh I'm on my way right now." DOLAN replied, "Well do me a favor and bag them [drugs] up separately, I'm at Subway now."

122.    On June 28, 2024, at approximately 3:31 p.m., COLON received an incoming call from DOLAN. COLON said, "I just got to my mom's." DOLAN replied, "Ok, I was just seeing

how far you were, cause we're right here and I gotta take this [drugs] to my grandma before." COLON said, "Who's there?" DOLAN replied, "F*****g, f*****g, f*****g JT and Taylor just pulled up to f*****g my house waiting on me dude [for drugs] and f**k my grandma's like trying to rush me, dude." COLON said, "Well I just got here right now, I'm wrapping this s**t [drugs] right now." DOLAN replied, "Alright, make sure you bag them [drugs] separately." COLON said, "I'm not about to bag up seven grams [amount of drugs] by itself, you're gonna be waiting another twelve f*****g minutes." DOLAN replied, "It's just two of them [drugs], it's two." COLON said, "Oh ok." DOLAN replied, "Alright, thanks."

123.    On June 28, 2024, at approximately 5:34 p.m., COLON received an incoming text message from A.A. A.A. texted, "Yo spot me to Monday [front drugs]."

124.    On June 28, 2024, at approximately 9:26 p.m., COLON received an incoming telephone call from DOLAN. COLON said, "Yo." DOLAN replied, "Um, can I grab a quarter [amount of drugs] off you or no?" COLON said, "Yep." COLON said, "I'm at my mom's [RIOS]." DOLAN replied, "Alright, I'm about to come now [pick up drugs]."

125.    On July 1, 2024, at approximately 5:33 p.m., COLON made an outgoing telephone call to ANTHONY. COLON said, "I got this n***a here with me, he owe me money [drug proceeds] says he's waiting on you." ANTHONY replied, "Why didn't he tell you the story that happened?" COLON said, "What the f**k happened?" ANTHONY replied, "He didn't tell you the story?" COLON said, "He gave you something [drugs], then you f***ed it up . . . he fixed it for you then you f***ed it up." ANTHONY replied, "No he f***ed something up." COLON said, "What did he f**k up?" ANTHONY replied, "I'm not really sure. everyone I sold it [drugs] to said something about it, like it [drugs] melted easy, it was oily." COLON said, "Because it's humid, if that s**t [drugs] will melt if it's in your car." ANTHONY replied,

"Everything was fine cause it [drugs] was in the house and it was still doing it."  COLON said,

"How much did you sell of it [drugs]? How much have you got of it?" ANTHONY replied,

"Nothing." COLON said, "So where's it [drugs] at?"  ANTHONY replied, "It [drugs] would

literally melt." COLON said, "So you didn't sell none [drugs]? You ain't got none?" ANTHONY

replied, "I was embarrassed. I went to him [RONDON] and told him the story."  COLON said,

"Where is at?" ANTHONY replied, "If you took it out it [drugs] would literally melt on the

table." COLON said, "Where's the bag with the melted s**t [drugs]? Somebody gotta pay me

my money [drug proceeds]."  ANTHONY replied, "It's not a bag." COLON said, "So this s**t

[drugs] just melted into thin air? So this is the one I got, I gave that s**t to Joel [RONDON], he

got that from me, so if his s**t melted all of my s**t [drugs] would have melted."  ANTHONY

replied, "So what was that altered with [cutting agent] then is the only conclusion I can come to.

Slim [WATTS] done seen it, Flaco seen it, Carlos and Habib all seen it . . . then people I sold it

[drugs] to, what the f**k is that s**t when they try it.  Where did you get that from they played

you dirty [gave bad drugs]?" COLON said, "Somebody got to get me my money." ANTHONY

replied, "What the f**k is going on here, he think I'm stupid or he mad at me?" COLON said,

"yeah, that n***a owes me money [RONDON owes COLON drug proceeds]. I'm waiting over

there and he [RONDON] says Sydney [ANTHONY] keeps f***ing up the package [drugs].

ANTHONY replied, "He gave me 20 [grams of drugs] to replace the other bag and it literally

weighed 14.74 [grams] in the bag so that mean there's only 13, so I said where's the r of it, and

he said I'll give the other seven [7 grams] and that was last week." COLON said, "So how much

did you take him back?" ANTHONY replied, "12 I believe." COLON said, "So the thing is . . ."

ANTHONY replied, "He was going to give me 20 to replace, I didn't even ask for that which

tells me something was wrong and he should be fixing it." COLON said, "He [RONDON] told

me you brought back 10 grams and he gave you 10 grams [of drugs] and you asked where's the rest of it? What do you mean where's the rest of it?" ANTHONY replied, "Are you with him? COLON said, "No, I had to pull off and pick up [A.V.]." ANTHONY replied, "Why didn't he tell you the story of what happened then he tried to hand me something that I knew wasn't 20 G's [grams]." COLON said, "Hold on, we going to figure this out right now."

126.    On July 1, 2024, at approximately 5:40 p.m., COLON conducted a three-way call with ANTHONY and added RONDON.  ANTHONY said, "Joel, what is going on? Why haven't you given the r [drugs] of what you were supposed to give me?" RONDON replied, "I gave you the first one, I told you to bring it back." ANTHONY said, "Wait, why did you tell me to bring it back though?" RONDON replied, "You told me it [drugs] melted, I said what you got left, you said 10 [grams], you brought it back to me, I told it's hot, when I gave you the first one I gave you 20 [grams]." ANTHONY said, "Why did you have to replace it for me though?" RONDON replied, "I told you to bring it back because I had enough, so when I gave the other one which was 20 [grams] I didn't have to give you that, I'm looking out for you." ANTHONY said, "It was not 20 remember?" RONDON replied, "I know it was 14 [grams], I know what I gave you." ANTHONY said, "In the bag it weighed that, and you told me it was 20 [grams] . . . so you even told me it was 20." RONDON replied, "No that's all I had and I told you I'd take care of the rest of them, but I replace your first one . . . it's humid, I told you this." ANTHONY said, "I do put it in the fridge." RONDON replied, "When it gets like that, you're over talking, some I'm going to replace it, so I gave you 14 [grams], then when I called you, you're still going to have to pay [drug proceeds] for that because that s**t's coming out of my s**t." ANTHONY said, "I never said that I wasn't though." RONDON replied, "I gave you 28 [grams] first . . . I damn near gave you and ounce and a half [of drugs] bro." ANTHONY said, "Joel, no what you first gave me."

RONDON replied, "You brought it back to me, I even got rid of the old s**t [old drugs] she brought me back 10 [grams]." ANTHONY said, "So you're trying to tell me there's nothing wrong with that bag?" ANTHONY said, "I've never played it like that." COLON replied, "Let me talk, so he gave you an ounce [of drugs]?" ANTHONY replied, "Yes." COLON replied, "So you brought back him 10 grams back so you sold 18 grams of that ounce [of drugs]?" ANTHONY said, "No I didn't, I told him that s**t was melted that s**t was like ruined." COLON replied, "I don't care what the f**k y'all do but one of y'all got to figure out who's going to pay me my money [drug proceeds] because I've been waiting long enough, Joel [RONDON] gave it to you, you got to handle that business whatever you got to do with her [ANTHONY], but I know I need my money [drug proceeds]." RONDON said, "[To ANTHONY] come see me."

127. On July 1, 2024, at approximately 6:08 p.m., PAYNE texted, "3 [amount of drugs] if you can." At approximately 6:09 p.m., COLON texted, "Ok." At approximately 6:23 p.m., COLON texted PAYNE, "Wya." At approximately 6:24 p.m., PAYNE texted, "Coming down the street," and "3min."

128. On July 2, 2024, at approximately 2:06 p.m., COLON sent a text message to A.A., stating, "Joel [RONDON] said send that money [drug proceeds]." At approximately 2:25 p.m., AA texted, "I did."

129. On July 3, 2024, at approximately 11:15 a.m., COLON had a conversation with PULVINO. COLON said, "yo." PULVINO replied, "Wassup busta." COLON said, "What's up buster?" PULVINO replied, "Not s**t, what you on boi?" COLON replied, "S**t mother uh, what the, hold on . . ." PULVINO, "You hear me?" COLON said to an unknown male in the background, "What the f**k happened to this p**sy this, nah this . . . i'm just. This." Unknown

Male in the background replied, "Oh, yeah, it's it's in here.  It was just too much of a pain in the ass to put in right last night.  I'm getting irritated so I just."  COLON said, "What's up with you man?"  Unknown Male said, "I'll put it in."  PULVINO replied, "Not s**t I'm on my way right now God damn, I'll be in town at like 8 o'clock tonight.  You want me to stop by?"  COLON replied, "Yeah."  PULVINO replied, "Alright, bet.  F*****g see, see what you can get together for me and s**t and then, uh, imma stop by and I get to work through the weekend and then I'm leaving Sunday. And then."  COLON said, "Alright."  PULVINO said, "If I can, if I can bring something back with me that way I can feed these m********kers tonight. You know what I mean?"  COLON said, "Ah yeah for sure."  PULVINO said, "But uh no I'll be in town around 8. I'll touch base with you . . . slide through and s**t. Um what I was about to say hey what are you doing Friday night?"  COLON replied, "Um I don't even know yet."  PULVINO said, "Alright, alright, well there's this f**king concert going down at Forward. I don't know if it's your style. I guess it's some black country singer or whatever but it's gonna be f**king crazy so look into . . . wanna meet me out there?"  COLON said, "Alrighty then."  PULVINO said, "Alright, brother, I'll call you in a couple hours."  COLON said, "Alright."  PULVINO said, "Alright, bye."

130.    On July 3, 2024, at approximately 12:18 p.m., COLON received an incoming telephone call from BELL.  BELL said, "Are you around?"  COLON replied, "I'm always around."  BELL said, "Perfect, I just got back to my shop, I gotta make some phone calls here, probably need about 20, 30 minutes here and then I'll be uh I'll be on my way over to ya. I'll give you a buzz as soon as I'm getting ready to leave the shop."  COLON replied, "Okay, well, yeah that's cool. Uh let me know what you want [amount of drugs] cause I actually have to go pick it up."  BELL said, "That's fine, grab me, grab me [pauses] a half's fine. Just grab a half [half an ounce]."

131.    On July 3, 2024, at approximately 2:18 p.m., BELL texted COLON, "Here."

132.    On July 3, 2024, at approximately 5:24 p.m., COLON made an outgoing telephone call to RONDON. COLON said, "How many beans [drug pills] are left upstairs?" RONDON replied, "Huh?" COLON said, "How many beans [drug pills] are left?" RONDON replied, "How many what?" COLON said, "Beans, m**********r, beans." RONDON replied, "S**t I forgot about them s***s. Let me see where they are at, I will let you know."

133.    On July 3, 2024, at approximately 5:26 p.m., RONDON called COLON. COLON said, "I only need two, I don't need nothing, I just need two [drug pills], I am about to go get me f*****g food."

134.    On July 3, 2024, at approximately 7:34 p.m., COLON received an incoming telephone call from PULVINO. PULVINO said, "Yo, are you there?" COLON replied, "Yeah." PULVINO said, "Alright I am about to pull up."

135.    On July 3, 2024, at approximately 7:38 p.m., PULVINO called COLON. PULVINO said, "Open up the . . ." PULVINO arrived at 3**0 West 41st Street, Cleveland, Ohio, and received narcotics from COLON.

136.    On July 4, 2024, at approximately 11:31 p.m., COLON received an incoming telephone call from RONDON. RONDON said, "What's her name [SYDNEY] text you she got some money [drug proceeds]?" COLON replied, "Huh?" RONDON said, "Did what's her name text you she got some money?" COLON replied, "Who?" RONDON said, "Sydney" COLON replied, "No" RONDON said, "I was calling her to see if she got some bread [drug proceeds] today." COLON replied, "She better get her m**********g life together." RONDON said, ". . . text you after she got the bread."

137.    On July 5, 2024, at approximately 6:03 p.m., COLON received an incoming telephone call from POMALES. COLON said, "Going right over here at . . .  Why what is happenin'?" POMALES replied, "You are selling me one of them guns n***a." COLON said, "Whatever one you want, good brother." POMALES replied, "Your lying ass, bitch ass, n****a. Hahha." COLON said, "Hahah" POMALES replied, "Naw n***a, naw n***a." COLON said, "You can have that AR [automatic rifle]." POMALEs replied, "Nah I was that shotgun, n****a that's what I want." COLON said, "Awwwwwe n***a. You getting that AR you want to buy one I will sell you that AR." POMALES replied, "I want the AR." COLON said, "You want the AR?" POMALES replied, "Buy some s**t on them s**t, b***h get caught- N***a I was . . . and the n***a was sitting there waiting on me." COLON said, "N***a I called you 15 times, he even called you." POMALES replied, "Man." COLON said, "You can have them b***es n***a I don't give a f**k." POMALES replied, "Nah, n***a, nah b***h it ain't even about that." COLON said, "Then why are you calling me complaining then, b***h? If you don't even want to buy them." POMALES replied, "That b***h a** n***a shouldn't. I should have just dogged that n***a for that s**t. that s**t is unreal. If you are you are going to sit there pay me something. That n***a gonna play that dumb a** road like damn n***a just tell me that is what you did, b***h." COLON said, "Yeah. If you thinkin' you want to buy these b***h, I don't give a f**k." POMALES replied, "Aw n***a just let me get my m********kin' dezzie back, bruh." COLON said, "I alright told you you could have it back. I told you what I want for it. I wanted my bike done."

138.    On July 6, 2024, at approximately 10:19 p.m., COLON received in incoming telephone call from BRANTLEY. COLON said, "Yea and I'll probably get with you tomorrow

[buy drugs]." BRANTLEY replied, "Okay, on what the nine [nine ounces of drugs] or [thing]?" COLON said, "Um I don't know I'll you know tomorrow."

139.    On July 6, 2024, at approximately 10:26 p.m., COLON made an outgoing telephone call to BYRD. During the conversation COLON said, "My girl, my girl f**k you and she mad at you." BYRD replied, "To who? why she mad at me?" COLON replied, ". . . cause you tried charge her a hundred and fifty dollars a gram last night [cost for gram of drugs]." BYRD replied, "Cause that's how much they [drugs] cost. Well, that's how much I sell them for [admitting he's a drug dealer]." COLON said, ". . . that's what I told her."

140.    On July 07, 2024, PULVINO drove to Fort Bragg and was traffic stopped. PULVINO possessed approximately 18 grams of cocaine.

141.    On July 7, 2024, at approximately 3:26 p.m., COLON received an incoming telephone call from BELL. COLON said, "Whelp since you called me now I'm about to go park it and about to meet you at my house in 20 minutes." BELL replied, "That's fine cause I'm gonna be heading to Columbus this week, I completely forgot so I gotta swing by you know, I'll be 25 30 minutes so." COLON said, "I'll meet you there" BELL replied, "There or Woodbridge." COLON said, "There" BELL replied, "Ok."

142.    On July 7, 2024, at approximately 3:51 p.m., COLON and BELL had a telephone conversation. COLON said, "I just got off the boat. That f**king train came man. I got stuck between . . ." BELL replied, "You're good man. Where . . . what you need about fifteen to get over to here?" COLON said, "Jumping in my car now. It's only going to take me few minutes." BELL replied, "Alright, alright I'll stick here than." COLON said, "Alright.' BELL replied, "See ya in a bit."

143. On July 7, 2024, at approximately 4:02 p.m., COLON made an outgoing call to BELL. BELL said, "What up?" COLON replied, "You never told me what you want [amount of drugs], I'm down the street too." BELL said, "Uh just grab me a quarter [of an ounce], I'm on the phone with the hotel that I'm reserving for the week." COLON replied, "Okay, alright. Alright I'll be there."

144. On July 8, 2024, at approximately 12:22 p.m., COLON received an incoming telephone call from BYRD. BYRD said, "Hey um I won't be until about two-thirty, I'm runnin' out." COLON replied, "Aight." BYRD said, "I got, I gotta Jay to the house real-quick." COLON replied, "Oh yea 'cause I picked this up, s**t up and I'm drivin' around with this s**t [drugs]." BYRD said, "Oh s**t okay where you at then?" COLON replied, "I'm at the shop [POMALES' shop]." BYRD said, "just get . . . bring it back . . . at the shop?" COLON replied, "Yea." BYRD replied, "Okay, um, but damn. Okay I'll hurry up. I got my two on my way straight and then straight to you."

145. On July 8, 2024, at approximately 6:63 p.m., COLON made an outgoing telephone call to CRESPO. CRESPO said, "Nah she [SYDNEY] ain't gonna pay [drug proceeds], bro I never told her [ANTHONY] not to pay you. I was willing I said b***h even thought you just back doored me with a n***a you knew I was f***ing with, Oh no I f**k with Joel [LUIS JOEL RONDON], I don't give a f**k b***h. You see rank on his daughter's mother f***ing baby dad b***h and I don't believe you. So, like that you be talking like that. Guess what that was on you. But I'm willing to make sure that you can make some money but I'm not selling that bag [drugs]. She went and picked up a bag [drugs] from . . . how many grams [of drugs] but she did all that s**t. That money is not coming back to us [drug proceeds to the DTO]." COLON replied, "She gonna pay or her momma and daddy gonna pay for her."

47

CRESPO said, "I'm telling you I said did Joel [RONDON] give you your 600 dollars because she owes me 300 dollars right [drug proceeds]. She like trying to act like she broke I made that b***h give me my money back. She like yeah he did then a few hours later she telling me that he paid her back and that s**t. So, she did it all before she left to my house or didn't go . . . I'll whoop her a** n***a she only had a gram left [of drugs]." COLON said, "Yep that don't matter she gonna pay for it her momma gonna pay for it or her daddy gonna pay for it that it that." CRESPO said, "No but you gotta be cautious." COLON replied, "I don't f**k with her, she ain't g'tting' nothin [drugs] ever again. She about to pay for that and that's that." CRESPO said, "It's not about that, it's like." COLON replied, "She can tell the police whatever the f**k she want to tell 'em, I don't give a f**k." CRESPO said, "She got . . ."and "I take that s**t real personal, when she talking like this and she told me some s**t like that. I don't know, they been on your a**." COLON replied, "F**k her." CRESPO said, "You get what I'm saying." COLON replied, "Yeah she can call em, she can a report she can tell em whatever they want they ain't gonna see nothing." CRESPO said, "F**k her . . do whatever you gotta do right now."

146.    On July 9, 2024, at approximately 7:46 p.m., COLON made an outgoing telephone call to MARSH. MARSH said, "I got your text message, right, but I just got your note saying I said bro Um Charlie didn't find that order [drug order], I don't have no notes [drug ledger] when I got home." COLON replied, "Okay, I was looking over there." MARSH said, "Me, oh I'm, I'm out, I've been out, since like a week [haven't been selling drugs for a week]" COLON replied, "Oh s**t. Okay, alright."  MARSH said, "Since like a week ago. that's why Ryan [RYAN BELL] was coming to you [buying drugs from COLON], cause I didn't have, I gave him the little bit [amount of drugs] I had left and that was when I was on vacay type s**t." COLON replied, "Right." MARSH said, "And that's why I thought he was coming to you for at

least a week in a half, almost least two weeks [buying from COLON]." COLON replied, "Hell no." MARSH said, "I hit him up, I've hit him up twice since I've been home, he haven't even hit me back. So I'm gonna call him and see if he's alright here tomorrow, I'm gonna call him tonight actually and see if he's alright cause ain't text me back yet." COLON replied, "Oh." MARSH said, "If you wanna drop this s**t off, you can, I know, I know, how you, I mean I know you was trying to get some endo, so I wasn't even gonna ask my hand or nothing like that you feel me?" COLON replied, "Yeah, yeah, yup." MARSH said, "Give me uh, let me uh." COLON replied, "Just give me a minute." MARSH said, "Yeah, just let me know if you wanna pull around and drop s**t off, I got some work, I mean some plays [drug sales], you know I got some plays that I work on." COLON replied, "Yeah, yeah for sure. Alright." MARSH said, "Just let me know"

147.  On July 10, 2024, at approximately 5:34 p.m., COLON received an incoming telephone call from BYRD. COLON said, "I meant to tell you, I forgot to tell you the other day I was mother f***ing getting drunk and kicking it. I don't know if that last one [amount of drugs] was short, I meant to tell you to weigh it [drugs]." BYRD replied, "It was, It was like . . . between four, but I didn't care." COLON said, "Ahh nah you gotta tell me these things, I knew it was short but I didn't know how much and I forgot to tell you, that's why I called you." BYRD replied, "Oh, it's fine I mean you my daddy [supplier], I don't care, I'll fix it later." COLON said, "So yeah whenever you want to come pick it up [remainder of drugs]." BYRD replied, "It's cool, I don't need it right now, but when I do I'll call you."

148.  On July 11, 2024, starting at approximately 8:53 p.m., PAYNE texted COLON, "Can I come thru [buy drugs]. Got everything upfront [drug money]."

149.   On July 11, 2024, at approximately 9:43 p.m., COLON texted, "Yes give me a sec." At 9:43 p.m., PAYNE texted, "ok." At 10:05 p.m., COLON texted, "Wat u wanted [how much drugs] n Woodbridge [meet location,] Wat u wanted," then "Yooo." At 10:13 p.m., PAYNE texted, "One [amount of drugs]. Omw." COLON texted, "Ok." At approximately 10:25 p.m., PAYNE texted, "2 min."

150.   On July 12, 2024, at approximately 6:28 p.m., COLON made an outgoing telephone call to RONDON. COLON said, "Aye, I need . . . bring me my box down, 2 baggies and a scale [drug preparation paraphernalia]." RONDON replied, ". . . 2 baggies?" COLON said, "And a scale.  A scale . . . " RONDON replied, "Yea." COLON said, "2 baggies and my box." RONDON replied, "Alright."

151.   On July 14, 2024, at approximately 2:38 p.m., COLON sent an outgoing text message to WATTS.  COLON texted, "Cash app business time [send drug proceeds]."

152.   On July 15, 2024, at approximately 4:27 p.m., COLON received an incoming telephone call from PAYNE.  PAYNE said, "Yo, can I come thru [meet for drugs]?"  COLON replied, "Ya what's you wanted [how much drugs]?"  PAYNE said, "Uh, One." COLON replied, "Alright." PAYNE said, "Alright."  COLON replied, "I meet you on, uh, Woodbridge."  PAYNE said, "Alright, uh, I'm not, I'm not at my house so it'll be like twenty minutes."

153.   On July 15, 2024, at approximately 8:32 p.m., COLON received an incoming telephone call from GREENLEE. GREENLEE said, "Where you at?' COLON replied, "Um, coming down Warren." GREENLEE said, "To my way? You want me to meet you, what's going on?" COLON replied, "Oh s**t! Damn, that's what I meant to tell you, that's what I forgot to tell you, uh your mom gots it [drugs]. Your mom gots some [drugs]." GREENLEE said, "Oh,

alright.' COLON replied, "Ya, ya, ya, I don't know why I didn't call you back I was too f*****g like got s**t going on."

154.    On July 15, 2024, at approximately 8:39 p.m., COLON made an outgoing telephone call to GREENLEE. GREENLEE said, "What happened?" COLON replied, "You called me." GREENLEE said, "Ya . . . the work, what's up?" COLON replied, "Oh, naw, I was talking to Joel [RONDON]."  GREENLEE said, "They said, she waiting on you." COLON replied, "Who?" GREENLEE said, "My momma." COLON replied, "How she waiting on me, she didn't call me." GREENLEE said, "She said she been waiting on you that's why she don't got nothing [drugs]." COLON replied, "N***a that's a lie because I just took her a half ounce [amount of drugs] the other day she owes me $350 [drug money]." GREENLEE said, "Oh, alright."

155.    On July 16, 2024, at approximately 11:57 a.m., CALVERT texted COLON, "I got 100 not 125.  Dude [drug customer] was gonna cash app me but he's gotta wait til tomorrow to get his money now."

156.    On July 16, 2024, at approximately 1:45 p.m., COLON and A.V. distributed narcotics to an unidentified drug customer.

157.    On July 16, 2024, at approximately 4:32 p.m., A.V. distributed narcotics to a drug customer from 3**0 W 41st Street, Cleveland, Ohio.

158.    On July 18, 2024, at approximately 5:32 p.m., COLON made an outgoing telephone call to CALVERT. CALVERT said, "Hey I guess I'm right here on uh Scranton right I just crossed 25th." COLON replied, "I'm right in between 25th and Scranton." CALVERT said, "Aw s**t." COLON replied, "You gonna see a shop [POMALE's shop] right here with the garage door open." CALVERT said, "Okay." COLON replied, "If you coming from Clark it's on

your left hand side across the street from the church." CALVERT said, "I'm . . . here at Two Amigos." COLON replied, "No that's on Scranton." CALVERT said, "Oh." COLON replied, "We on we on Clark." CALVERT said, "Oh s**t. You on Clark." COLON replied, "So turn around and make a right on Clark . . . right next to the library." CALVERT said, "Okay. The library. See I don't really know this area too well." COLON replied, ". . ." CALVERT said, "Yeah" COLON replied, "I don't even know where I f***ing put the s**t [drugs] at." POMALES said in background, "In the bag." CALVERT said, "Aw where the f**k Clark at? Man I'm on Seymour." COLON replied, "Oh it's [drugs] right in my pocket." POMALES said in background, "Yeah." COLON replied, ". . . Jeep right there." POMALES said, "Nah you f***ing stupid. Like I'm gonna go meet him [CALVERT]." POMALES gets on COLON's telephone and said, "Where you at?" CALVERT replied, "I'm on Seymour right now on West 25th. Bout to go back." POMALES said, "Why'd you go that way?" CALVERT replied, "I just turned around real quick." POMALES said, "Alright well turn back around come to Scranton because you go to West 25th that's gonna take too long so just turn back around come back towards Scranton." CALVERT replied, "Okay. I'm turned around right now. Aw I'm going towards Scranton right no." POMALES said, "When you get to Scranton make a right." CALVERT replied, "Make a right? Okay that's what's up." POMALES said, "I got him I got him I got him. When you get to the light when you get to the light the second light not the first one." CALVERT replied, "Okay." POMALES said, "You get to Clark." CALVERT replied, "Okay." POMALES said, "Take a right." CALVERT replied, "Oh, I turn right I see the first light I see the second light." POMALES said, "Take a right." CALVERT replied, "Okay . . ." POMALES said, "When the gas station at make a right." CALVERT replied, "Right, right okay. Still at this light right now." POMALES said, "What you driving? That red Toyota Corolla?" CALVERT replied, "Yeah.

Toyota Camry." POMALES said, "Whatever it is." CALVERT replied, "Yeah, it's red though. How'd you know what I was driving man?" POMALES said, "Cuz we got eyes on everybody." CALVERT replied, "I'm just talking s**t man I'm just f***ing with you. Don't matter to me man s**t you can get my address and everything. Alright I'm going uh right on Clark . . . I'm on Clark. Stuck in traffic." POMALES said, "Right here . . . white truck." CALVERT replied, "Yeah." POMALES said, "There it is . . ." CALVERT replied, "You hopping in real quick? [POMALES getting into CALVERT's vehicle for drug deal]." POMALES replied, "Yeah, I'mma hop in [get into CALVERT's vehicle to conduct drug deal]." CALVERT replied, "That's what's up."

159.     On July 18, 2024, at approximately 10:46 p.m., COLON received an incoming telephone call from DOLAN. DOLAN said, "Is there anything [drugs] at the house?" COLON replied, "Whatever you got over there, why[DOLAN's drugs]?" DOLAN said, "There's nothing else." COLON replied, "Nope." DOLAN said, "Alright, cause I seen the police were at the corner earlier, and a couple vice cars going up and down, and your mom [RIOS] just came over here and pulled up on me." COLON replied, "Alright listen." DOLAN said, "She [RIOS] said she seen a whole bunch of them all over here." COLON replied, "Alright f*****g go over there and tell her that there's a jacket right behind my door hanging up." DOLAN said, "At your house?" COLON replied, "At my mom's house [RIOS]." DOLAN said, "There's a jacket." COLON replied, "There's a jacket behind the door hanging up inside the pocket there's two bags [of drugs] and then on the little dresser there's a white box and all the rest of my stuff [drugs] is there." DOLAN said, "Ok, so, jacket behind the door, and on the dresser there's a white box." COLON replied, "Yeah." DOLAN said, "Jacket behind the door on what dresser is it." COLON replied, "Yep the white box and the jacket behind the door." DOLAN said, "Ok what dresser

though?" COLON replied, "Right next to my bed the little one." DOLAN said, "Ok the little nightstand." COLON replied, "Yep, a white box up there and right behind my door the jacket." DOLAN said, "Alright what color is the jacket?" COLON replied, "It's the jean jacket hanging right there on the door as soon as you open the door." DOLAN said, "Ok, I'm going to go over here and tell her [RIOS] now, yeah, I see them all earlier too." COLON replied, "No, they been by the house, they been by there all day." DOLAN said, "Ok, and it's Thursday too." COLON replied, "Yeah I know."

160.  On July 19, 2024, starting at approximately 4:44 p.m., COLON and MASTERS engaged in a text message conversation. MASTERS texted, "You got 2-8s [amount of drugs]."

161.  On July 19, 2024, at approximately 5:26 p.m., COLON texted, "How long u gonna be." MASTERS texted, "Be about 30 minutes." MASTERS texted, "Go to your place" COLON texted, "No" and "Woodbridge." MASTERS texted, "Okay headed your way. Thanks." MASTERS texted, "4007." COLON texted, "Yea." MASTERS texted, "10 minutes." COLON texted, "Ok."

162.  On July 19, 2024, at approximately 5:59 p.m., MASTERS texted, "I'm here" and "You got 2 of them." At approximately 6:07 pm, MASTERS texted, "You in the BMW." At approximately 6:12 pm, COLON texted, "Yes."

163.  On August 7, 2024, at approximately 6:00 a.m., POMALES possessed an automatic rifle at his shop.

164.  On August 7, 2024, at approximately 6:00 a.m., COLON and RIOS possessed a firearm, 290.01 grams of cocaine, and 33.36 grams of methamphetamine.

165.  On August 13, 2024, BRANTLEY distributed 249.59 grams of cocaine to a person posing as a drug buyer.

166.    On September 3, 2024, BRANTLEY distributed 249.32 grams of cocaine to a person posing as a drug buyer.

167.    On October 8, 2024, BRANTLEY distributed 248.79 grams of cocaine to a person posing as a drug buyer.

168.    On November 11, 2024, BRANTLEY distributed 249.14 grams of cocaine to a person posing as a drug buyer.

169.    On December 3, 2024, at approximately 6:00 a.m., BRANTLEY possessed with intent to distribute 498.43 grams of cocaine.

All in violation of Title 21, United States Code, Section 846.

COUNT 2
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2)

The Grand Jury further charges:

173.    On or about August 7, 2024, in the Northern District of Ohio, Eastern Division, Defendant JUAN JOHNNY COLON did knowingly and intentionally possess with intent to distribute approximately 290.01 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 3
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2)

The Grand Jury further charges:

173.    On or about August 7, 2024, in the Northern District of Ohio, Eastern Division, Defendant JUAN JOHNNY COLON did knowingly and intentionally possess with intent to distribute approximately 33.36 grams of a mixture and substance containing a detectable amount

55

of methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 4
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

174.    On or about August 13, 2024, in the Northern District of Ohio, Eastern Division, Defendant DEREK BRANTLEY did knowingly and intentionally distribute approximately 249.59 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

175.    On or about September 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant DEREK BRANTLEY did knowingly and intentionally distribute approximately 249.32 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 6
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

176.    On or about October 8, 2024, in the Northern District of Ohio, Eastern Division, Defendant DEREK BRANTLEY did knowingly and intentionally distribute approximately 248.79 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 7
(Distribution of Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

177.    On or about November 11, 2024, in the Northern District of Ohio, Eastern Division, Defendant DEREK BRANTLEY did knowingly and intentionally distribute approximately 249.14 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 8
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2)

The Grand Jury further charges:

178.    On or about December 3, 2024, in the Northern District of Ohio, Eastern Division, Defendant DEREK BRANTLEY did knowingly and intentionally possess with intent to distribute approximately 498.43 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

COUNT 9
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2)

The Grand Jury further charges:

179.    On or about December 3, 2024, in the Northern District of Ohio, Eastern

Division, Defendant DEREK BRANTLEY did knowingly and intentionally possess with intent

to distribute approximately 5.23 grams of a mixture and substance containing a detectable

amount of fentanyl (4-ANPP, Xylazine and Fluorofentanyl), a Schedule II controlled substance,

violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United

States Code, Section 2.

COUNT 10
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

180.    On or about August 7, 2024, in the Northern District of Ohio, Eastern Division,

and elsewhere, Defendant LUIS JOEL RONDON, knowing he had previously been convicted of

a crime punishable by imprisonment for a term exceeding one year, that being:  Drug Possession,

Case Number CR-17-617476-A, in the Cuyahoga County Court of Common Pleas, on or about

April 11, 2018, did knowingly possess, in and affecting interstate commerce a firearm, to wit: a

Springfield XD-45 serial number 3326632; having been shipped and transported in interstate

commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 11
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

181.    On or about August 7, 2024, in the Northern District of Ohio, Eastern Division,

and elsewhere, Defendant MARTHA RIOS, knowing she had previously been convicted of a

crime punishable by imprisonment for a term exceeding one year, that being Aggravated

Trafficking in Drugs, Case Number CR-94-310295, in the Cuyahoga County Court of Common

Pleas, on or about January 31, 1995; Drug Abuse and Possession of Criminal Tools, Case Number CR-310295, in the Cuyahoga County Court of Common Pleas, on or about January 31, 1995, did knowingly possess, in and affecting interstate commerce a firearm, to wit: a Heckler and Koch USP-Tactical .45, bearing serial number 25-085719; said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNTS 12-29
(Use of a Communications Facility to Facilitate a Felony Drug Offense, 21 U.S.C. § 843(b))

The Grand Jury further charges:

182. On or about the dates listed below, in the Northern District of Ohio, Eastern Division, and elsewhere, the Defendants listed below did knowingly and intentionally use a communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21, United States Code, Sections 846 and 841(a)(1):

| Count | Defendants | Date | Time () |
|-------|-----------|------|---------|
| 12 | JUAN JOHNNY COLON MASON PULVINO | May 17, 2024 | 8:24 p.m. |
| 13 | JUAN JOHNNY COLON MARK BYRD | May 17, 2024 | 11:53 p.m. |
| 14 | JUAN JOHNNY COLON LUIS JOEL RONDON | May 18, 2024 | 4:32 p.m. |
| 15 | JUAN JOHNNY COLON SEAN MASTERS | May 21, 2024 | 8:56 p.m. |
| 16 | JUAN JOHNNY COLON KALEM WATTS | May 22, 2024 | 3:33 p.m. |
| 17 | JUAN JOHNNY COLON DEREK BRANTLEY | May 24, 2024 | 2:35 p.m. |
| 18 | JUAN JOHNNY COLON ANDRE JENKINS | May 28, 2024 | 9:08 p.m. |
| 19 | JUAN JOHNNY COLON NICHOLAS MALUSKY | May 29, 2024 | 10:31 p.m. |
| 20 | JUAN JOHNNY COLON JORDAN MARSH | May 30, 2024 | 12:57 p.m. |
| 21 | JUAN JOHNNY COLON MELANIE CRESPO | June 5, 2024 | 7:17 p.m. |

| 22 | JUAN JOHNNY COLON NICHOLAS CALVERT | June 7, 2024 | 3:53 p.m. |
| 23 | JUAN JOHNNY COLON MARTHA RIOS | June 9, 2024 | 10:56 p.m. |
| 24 | JUAN JOHNNY COLON JOCELYN DOLAN | June 19, 2024 | 7:45 p.m. |
| 25 | JUAN JOHNNY COLON BRANDON PAYNE | June 20, 2024 | 5:46 p.m. |
| 26 | JUAN JOHNNY COLON RYAN BELL | June 28, 2024 | 12:15 p.m. |
| 27 | JUAN JOHNNY COLON SYDNEY ANTHONY | July 1, 2024 | 5:33 p.m. |
| 28 | JUAN JOHNNY COLON LEE POMALES | July 5, 2024 | 6:03 p.m. |
| 29 | JUAN JOHNNY COLON ANTONIO GREENLEE | July 15, 2024 | 8:32 p.m. |

All in violation of Title 21, United States Code, Section 843(b).

## FORFEITURE

The Grand Jury further charges:

183. For the purpose of alleging forfeiture pursuant to 21 U.S.C. ' 853, 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the allegations of Counts 1 through 29, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendants DEREK BRANTLEY, JUAN JOHNNY COLON, LUIS JOEL RONDON, SYDNEY ANTHONY, RYAN BELL, MARK BYRD, NICHOLAS CALVERT, JOCELYN DOLAN, ANTONIO GREENLEE, ANDRE JENKINS, MELANIE CRESPO, JORDAN MARSH, NICHOLAS MALUSKY, SEAN MASTERS, BRANDON PAYNE, LEE POMALES, MASON PULVINO, MARTHA RIOS, KALEM WATTS shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of such violations; any and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, all firearms and ammunition

involved in or used in the commission of such violations; including, but not limited to the following:

A.  $31,566 in U.S. Currency seized from DEREK BRANTLEY, on December 3, 2024;

B.  Sig Saur P220 9mm bearing serial number 47E029143, seized from Woodbridge on August 7, 2024 [JUAN JOHNNY COLON, LUIS JOEL RONDON];

C.  Heckler and Koch USP Compact 9mm pistol bearing serial number 24-151198, seized from Woodbridge, on August 7, 2024 [JUAN JOHNNY COLON, LUIS JOEL RONDON];

D.  Heckler and Koch USP Compact .45 ACP pistol bearing serial number 29-090642, seized from Woodbridge, on August 7, 2024 [JUAN JOHNNY COLON, LUIS JOEL RONDON];

E.  Grey Ghost Precision GGP-CP bearing serial number GGC3411, seized from Woodbridge, on August 7, 2024 [[JUAN JOHNNY COLON, LUIS JOEL RONDON];

F.  Glock 19 9mm pistol bearing serial number BGUE386, seized from Woodbridge, on August 7, 2024 [JUAN JOHNNY COLON, LUIS JOEL RONDON];

G.  Palmetto State Armory PA-15 bearing serial number LW050728, seized from Woodbridge, on August 7, 2024 [JUAN JOHNNY COLON, LUIS JOEL RONDON];

H.  Diamondback Firearms, Model D-15 bearing serial number DB1536956, seized from Clark, on August 7, 2024 [LEE POMALES];

I.  Heckler and Koch USP-Tactical .45 bearing serial number 25-085719, seized from Archwood, on August 7, 2024 [MARTHA RIOS]; and

J.  Springfield Armory XDS .45 bearing serial number S3326632, seized from Archwood, on August 7, 2024 [LUIS JOEL RONDON].

A TRUE BILL.